1  J. Russell Stedman (117130), rstedman@barwol.com
   Travis R. Wall (191662), twall@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108-2713
   Telephone: (415) 434-2800
4  Facsimile:  (415) 434-2533

5  Attorneys for Defendants
   UNITED OF OMAHA LIFE INSURANCE
6  COMPANY and MUTUAL OF OMAHA
   INSURANCE COMPANY

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 ALTA BATES SUMMIT MEDICAL         )   CASE NO.: C 07 4224
   CENTER,                           )
12                                   )   **PROOF OF SERVICE**
              Plaintiff,             )
13                                   )   Complaint Filed: July 19, 2007
       vs.                           )
14                                   )
   UNITED OF OMAHA LIFE INSURANCE    )
15 COMPANY and MUTUAL OF OMAHA       )
   LIFE INSURANCE COMPANY,           )
16                                   )
              Defendants.            )
17                                   )
                                     )
18 _____

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PROOF OF SERVICE

**PROOF OF SERVICE**
United States District Court Northern District – Case No. C 07-4224

1. I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 650 California Street, Ninth Floor, San Francisco, California 94108-2200.

On **August 22, 2007**, I served the foregoing document(s) described as:

❖ **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in this action by placing [ ] the original [ X ] a true copy thereof enclosed in sealed envelope addressed as stated below:

[X] **BY REGULAR MAIL:**

    [X] I caused such envelopes to be deposited in the United States Mail at San Francisco, California with postage thereon fully prepaid. I am "readily familiar' with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

Marcia L. Augsburger, Esq.
Leslie C. Murphy, Esq.
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Tel: 916-444-3900
Fax: 916-444-8989

[X]    (**STATE**)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at San Francisco, California on **August 22, 2007.**

NAME: Stephanie K. Young

(Signature)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
PROOF OF SERVICE