J. Russell Stedman (117130), rstedman@barwol.com
Travis R. Wall (191662), twall@barwol.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
UNITED OF OMAHA LIFE INSURANCE
COMPANY and MUTUAL OF OMAHA
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY and MUTUAL OF OMAHA LIFE INSURANCE COMPANY,<br><br>　　　　　Defendants. | CASE NO.: C 07 4224<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: July 19, 2007 |

PROOF OF SERVICE

# PROOF OF SERVICE
United States District Court Northern District – Case No. C 07-4224

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 650 California Street, Ninth Floor, San Francisco, California 94108-2200.

On **August 22, 2007**, I served the foregoing document(s) described as:

❖ **DEFENDANTS UNITED OF OMAHA AND MUTUAL OF OMAHA'S ANSWER TO FIRST AMENDED COMPLAINT**

on the interested parties in this action by placing [ ] the original [ X ] a true copy thereof enclosed in sealed envelope addressed as stated below:

[X] **BY REGULAR MAIL:**

[X] I caused such envelopes to be deposited in the United States Mail at San Francisco, California with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to.

Marcia L. Augsburger, Esq.
Leslie C. Murphy, Esq.
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Tel: 916-444-3900
Fax: 916-444-8989

[X]   (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at San Francisco, California on **August 22, 2007.**

NAME: Stephanie K. Young

_____
(Signature)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
PROOF OF SERVICE