UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALTA BATES SUMMIT MEDICAL CENTER

       Plaintiff(s),                          No. 07-04224 JL

  v.                                    NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

UNITED OF OMAHA LIFE INSURANCE COMPANY

       Defendant(s).
_____/

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

    The **CASE MANAGEMENT CONFERENCE** previously scheduled for November 21, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated:  September 4, 2007

                                          Richard W. Wieking, Clerk
                                          United States District Court

                                          *Wings Hom*
                                          _____
                                          By: Wings Hom, Deputy Clerk