UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALTA BATES SUMMIT MEDICAL
CENTER
            Plaintiff(s),

v.

UNITED OF OMAHA LIFE
INSURANCE COMPANY
            Defendant(s).
_____/

Case No. C 07-04224 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/01/2007

                          [Party] Asst. General Counsel
                          United of Omaha

Dated: 11/01/2007

                          [Counsel] United of Omaha