2358 Market Street
Third Floor
San Francisco, CA 94114

Ph. 415.816.0440
Fax 866.671.0096
Jo@hlawSF.com

**HoenningerLaw**

Litigation • Advocacy • Negotiation

November 30, 2007

Leslie Carole Murphy
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Via email: lmurphy@mhalaw.com

Marcia Louise Augsburger
McDonough Holland & Allen Health
555 Capitol Mall, Suite 950
Sacramento, CA 95814
Via email: maugsburger@mhalaw.com

John Russell Stedman
Barger & Wolen LLP
650 California Street
9th Floor
San Francisco, CA 94108-2200
Via email: rstedman@barwol.com

Travis Richard Wall
Barger & Wolen LLP
650 California Street
9th Floor
San Francisco, CA 94108-2200
Via email: twall@barwol.com

      Re: Alta Bates Summit Medical Center
        <u>C 07-04224 JSW MED</u>

Dear Counsel:

  As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. I have attached a resume describing my professional experience.

  Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;

HoenningerLaw

Case Number C 07-04224 JSW MED
Page 2 of 2

- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements;
- any questions you might have about how I normally conduct mediations; and
- any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour. **I have set the telephone conference for December 6 at 4:00 p.m.** The call in number is 973-528-0000; the participant code is 765470.

*Please call my office within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available.* Before the telephone conference, please ascertain from your clients a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is *January 28, 2007*, based on the current scheduling order.

I have reviewed the electronically filed documents in this case and based on that review, I am not aware of any conflicts of interest or potential conflicts of interest that might interfere with my ability to serve as an unbiased mediator in this case. Should you believe that there is a conflict or should you have an objection to me serving as the mediator in this case, you are required to communicate your objection in writing to the ADR Unit within ten calendar days of your receipt of this letter. (See ADR L.R. 2-5(d)).

I look forward to assisting you on this case.

Sincerely yours,

Jo Hoennninger

cc:    Clerk's Office-ADR Unit, via email.