1 McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
2 MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
3 McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
4 555 Capitol Mall, 9th Floor
Sacramento, CA 95814
5 Phone: 916.444.3900
Fax:   916.444.8989
6
Attorneys for Plaintiff
7 Alta Bates Summit Medical Center

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11 ALTA BATES SUMMIT MEDICAL CENTER,   )   No. C 07-4224 JSW
                                     )
12              Plaintiff,           )   **CERTIFICATION OF INTERESTED**
      v.                             )   **ENTITIES OR PERSONS**
13                                   )
   UNITED OF OMAHA LIFE INSURANCE    )
14 COMPANY, et al.,                  )
                                     )
15              Defendants.          )
                                     )
16

17    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

18 named parties, there is no interest to report..

19

20 DATED: December 6, 2007          McDonough Holland & Allen PC

21

22                                  By:   /s/ Marcia L. Augsburger
                                              Marcia L. Augsburger
23
                                    Attorneys for Plaintiff, Alta Bates Summit Medical
24                                  Center

25

26

27

28

**Certification of Interested Entities or Persons**   1059583v3 33802/0004

1