# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: December 14, 2007  **Court Reporter**: Margo Gurule

**CASE NO. C-07-4224 JSW**

**TITLE:**  Alta Bates Summit Medical v. United of Omaha Life Insurance

**COUNSEL FOR PLAINTIFF:**   **COUNSEL FOR DEFENDANT:**

Marcia Augsburger   Travis Wall

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**  ADR:  The parties have scheduled court-connected mediation which is scheduled for 1-18-08.  Mediation shall be completed by 1-28-08.

Disclosure of experts and expert reports:  7-18-08

Close of fact discovery:  7-31-08

Disclosure of Rebuttal Experts:  8-15-08

Close of Expert discovery:  9-3-08

Hearing on dispositive motions (if any):  9-12-08 at 9:00 a.m.

Pretrial Conference:  11-24-08 at 2:00 p.m.

Bench Trial:  12-15-08 at 8:30 a.m. (4 - 6 days)

**REFERRALS:**
[X] Case referred to ADR  for court-connected mediation (which is scheduled to be held on 1-18-08)

**cc:**  ADR