December 17, 2007

Leslie Carole Murphy
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Via email:  lmurphy@mhalaw.com

Marcia Louise Augsburger
McDonough Holland & Allen Health
555 Capitol Mall, Suite 950
Sacramento, CA  95814
Via email:  maugsburger@mhalaw.com

John Russell Stedman
Barger & Wolen LLP
650 California Street
9th Floor
San Francisco, CA 94108-2200
Via email:  rstedman@barwol.com

Travis Richard Wall
Barger & Wolen LLP
650 California Street
9th Floor
San Francisco, CA 94108-2200
Via email:  twall@barwol.com

> Re:  Alta Bates Summit Medical Center v. United of Omaha et al
>      <u>C 07-04224 JSW MED</u>

Dear Counsel:

      This will confirm that we have scheduled the mediation in this case for January 18, 2007.  We will meet in Courtroom 19 of the Federal District Court, 450 Golden Gate Avenue, San Francisco, California beginning at 10:00 a.m.  Please keep the whole day available to allow the mediation to continue as long as it is being productive.

      Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and in my office by January 11, 2007.  Please include any key documents you feel I should read, such as the Complaint in the underlying case.  If you think it would be helpful to our mediation, I also invite you to submit to me - but not exchange - confidential statements relating, for example, to obstacles to or options for settlement.

      Also, please remember to arrange for your clients' attendance.  Please let me know as soon as possible, the names of the representative(s) who will appear to represent your respective clients.

HoenningerLaw

Case No. C 07-00442 CRB MED
Page 2 of 2

    Please prepare for the mediation by discussing each of the following items with your clients:

- clients' interests, not just positions, and how these interests could be met;
- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of case; and
- estimated budget to litigate the case through trial.

    As we discussed, under ADR L.R. 6-3(b), I will donate my preparation time and the first four hours of the mediation. If the case has not resolved and you all agree to continue, I will charge the court-set rate of $200 per hour for the next four hours. If the mediation goes beyond eight hours, I will waive my normal fee and continue at $200 per hour until we conclude the mediation.

    I look forward to working with you and your clients.

                               Sincerely yours,

                               Jo Hoennninger

cc:    Clerk's Office-ADR Unit, via email.