# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Alta Bates Summit Medical Center,<br><br>     Plaintiff(s),<br><br>v.<br><br>United of Omaha Life Insurance Company,<br><br>     Defendant(s). | No. C 07-04224 JSW MED<br><br>**Certification of ADR Session** |

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __1/18/2008__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☒ another session scheduled for (date) __after summary adjudication.__

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?    ☐ YES    ☒ NO

   Dated: __1/28/2008__    _/s/ Jo Hoenninger_
   Mediator, Jo Hoenninger
   Hoenninger Law
   2358 Market St.
   San Francisco, CA 94114

**Certification of ADR Session**
07-04224 JSW MED