UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALTA BATES SUMMIT MEDICAL CENTER

        Plaintiff(s),                         No. C 07-04224 JSW

       v.                               **CLERK'S NOTICE**

UNITED OF OMAHA LIFE INSURANCE COMPANY

        Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that the Dispositive Motions placeholder previously scheduled for Friday, September 12, 2008 at 9:00 a.m. is now scheduled on **September 19, 2008, at 9:00 a.m.**, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, before the HONORABLE JEFFREY S. WHITE.

                                                Richard W. Wieking
                                               Clerk, United States District Court

                                               By:____*Jennifer Ottolini*_____
                                               Jennifer Ottolini, Deputy Clerk
                                               Honorable Jeffrey S. White
                                               (415) 522-4173

Dated: May 28, 2008