# EXHIBIT A1

```
 1  McDONOUGH HOLLAND & ALLEN PC
    Attorneys at Law
 2  MARCIA L. AUGSBURGER (SBN 145686)
    LESLIE C. MURPHY (SBN 227454)
 3  McDONOUGH HOLLAND & ALLEN PC
    Attorneys at Law
 4  555 Capitol Mall, 9th Floor
    Sacramento, CA  95814
 5  Phone: 916.444.3900
    Fax:   916.444.8989
 6
    Attorneys for Plaintiff
 7  Alta Bates Summit Medical Center
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALTA BATES SUMMIT MEDICAL CENTER, | ) | No. C 07-4224 JSW MED |
|---|---|---|
| Plaintiff, | ) ) | **PLAINTIFF ALTA BATES SUMMIT MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY, SET NO. ONE** |
| v. | ) ) | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |

RESPONDING PARTY:    Plaintiff ALTA BATES SUMMIT MEDICAL CENTER

PROPOUNDING PARTY:    Defendant UNITED OF OMAHA LIFE INSURANCE COMPANY

SET NO.:    One

Pursuant to the provisions of Fed.R.Civ.P. 34, Plaintiff Alta Bates Summit Medical Center ("ABSMC") hereby demands that Defendant United of Omaha Life Insurance Company ("UOO") identify and produce for inspection and copying all original and non-identical copies of the Documents described below that are in the actual or constructive possession, custody, or control of UOO or its agents, employees, accountants, attorneys, or other representatives.

The Documents are to be produced at the offices of McDonough Holland & Allen PC, 555 Capitol Mall, 9th Floor, Sacramento, California 95814, on March 17, 2008, at 10:00 a.m.

/////



1  **REQUEST FOR PRODUCTION NO. 12:**

2  All Documents referring or relating to renewal of the '06 SL Policy.

3  **REQUEST FOR PRODUCTION NO. 13:**

4  All Documents reflecting, constituting, or evidencing Your internal policies and procedures for renewing of stoploss policies in California for 2003-2006, including but not limited to the practice of lasering, the use of select risk questionnaires, the handling of renewals when there are patients identified with end-stage renal disease, and application of trigger diagnosis reports.

8  **REQUEST FOR PRODUCTION NO. 14:**

9  All Documents reflecting, constituting, or evidencing Your internal policies and procedures for renewing of stoploss policies issued to ABSMC for 2003-2006, including but not limited to the practice of lasering, the use of select risk questionnaires, the handling of renewals when there are patients identified with end-stage renal disease, and application of trigger diagnosis reports.

13  **REQUEST FOR PRODUCTION NO. 15:**

14  All Documents reflecting, constituting or evidencing Your internal policies and procedures for processing stoploss claims in California for 2003-2006, including but not limited to claim approval, claim denial, review and handling of claims relating to patients with end-stage renal disease, and application of policy exclusions.

18  **REQUEST FOR PRODUCTION NO. 16:**

19  All Documents relating to the development of Your alleged requirement that trigger diagnosis reports be submitted to You before stoploss policy renewal.

21  **REQUEST FOR PRODUCTION NO. 17:**

22  All Documents relating to the application of Your alleged requirement that trigger diagnosis reports be submitted to You before stoploss policy renewal to insureds other than ABSMC.

24  **REQUEST FOR PRODUCTION NO. 18:**

25  All Documents referring or relating to Debra Jones.

26  **REQUEST FOR PRODUCTION NO. 19:**

27  All Documents referring or relating to Bernadette Bradford.

28  /////



**REQUEST FOR PRODUCTION NO. 48:**

All financial statements, including but not limited to profit and loss statements, relating to the '04 SL Policy.

**REQUEST FOR PRODUCTION NO. 49:**

All financial statements, including but not limited to profit and loss statements, relating to the '05 SL Policy.

**REQUEST FOR PRODUCTION NO. 50:**

All financial statements, including but not limited to profit and loss statements, relating to the '06 SL Policy.

**REQUEST FOR PRODUCTION NO. 51:**

All policies of stoploss insurance You extended to self-insured health plans for medical services rendered to the insured's/s' employees in California from 2003 through the present.

**REQUEST FOR PRODUCTION NO. 52:**

All Documents reflecting or constituting denials of stoploss claims by You for California insureds based on failure to timely disclose trigger diagnoses.

**REQUEST FOR PRODUCTION NO. 53:**

All Documents reflecting, constituting, or evidencing Your internal policies and procedures for processing ABSMC stoploss claims in 2003-2006, including but not limited to claim approval, claim denial, review and handling of claims relating to patients with end-stage renal disease, and application of policy exclusions.

DATED: February 12, 2008

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: /s/ Murphy
Leslie C. Murphy

Attorneys for Alta Bates Summit Medical Center



| | |
|---|---|
| CASE TITLE: | *Alta Bates Summit Medical Center v. United Of Omaha Life Insurance Company, et al.* |
| COURT/CASE NO: | USDC, Northern District, No. C 07-4224 JSW |

### PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On February 12, 2008, I served the within:

**PLAINTIFF ALTA BATES SUMMIT MEDICAL CENTER'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY, SET NO. ONE**

☐ **(by mail)** on all parties in said action by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

☒ **by email to the parties indicated**, at the e-mail addresses indicated on the Court Service List.

☐ **(by overnight delivery)** on the following party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at McDonough Holland & Allen PC, mail placed in that designated area is picked up that same day for delivery the following business day.

☐ **(by facsimile)** by transmitting a true copy thereof to the persons at the following facsimile numbers and obtaining electronic confirmation that the transmissions have been received.

| | |
|---|---|
| Travis R. Wall<br>Barger & Wolen LLP<br>650 California Street, 9th Floor<br>San Francisco, California 94108-2713<br>twall@barwol.com<br>Tel: 415.434.2800<br>Fax: 415.434.2533 | Attorneys for Defendants |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2008, at Sacramento, California.

_____
EJ Kipping



Proof of Service

1066905v1 33802/0004