**McDonough Holland & Allen PC**
Attorneys at Law

**Marcia L. Augsburger**
Attorney at Law

Sacramento Office
916.444.3900 tel
916.444.8989 fax
maugsburger@mhalaw.com

July 30, 2008

Ms. Jennifer Ottolini
Clerk, The Honorable Jeffrey S. White
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102-3483

Re: *Alta Bates Summit Medical Center("ABSMC") v. United of Omaha Life Insurance Co., et al.,* United States District Court, Northern District of California, Case No. 07-04224 JSW

Dear Ms. Ottolini:

This is to request scheduling of law and motion in the above-referenced matter so that the timing of anticipated motions is acceptable to the Court. Defendants have advised us that they plan to file a motion for summary judgment on August 12, 2008. ABSMC planned to file a motion to amend the complaint, and to modify the scheduling order to permit the amendment, as soon as possible upon receiving transcripts from depositions that have occurred between June 24 and July 31, 2008. The testimony elicited in these depositions gave rise to the need to amend the complaint to plead not only Breach of Contract, but also the defendant insurance companies' bad faith, fraud, unlawful business practices, and the like. We are prepared to file as early as August 1, 2008, if we rely on unofficial deposition transcripts.

Defendants' counsel has informed us that he will be on vacation August 18-25, 2008. While we will, of course, follow whatever briefing and hearing schedule pleases the Court, here are some proposals that are sensitive to his schedule: (1) ABSMC can rely on unofficial deposition transcripts and file the motion on August 1, for hearing on September 8, 2008 (opposition would be due August 15; reply due August 22); (2) ABSMC can await the transcripts and file the motion on August 12, 2008, for hearing on September 26 when the motion for summary judgment motion is heard (opposition would be due August 15; reply August 22).

Please let us know what dates work best for the Court. Thank you in advance for your assistance.

Very truly yours,

*Murphy for*
Marcia L. Augsburger

MLA/EJ
cc: Travis Wall

**Sacramento**
555 Capitol Mall
9th Floor
Sacramento CA
95814-4692
tel 916.444.3900
toll free 800.403.3900
fax 916.444.8334

**Oakland**
1901 Harrison Street
9th Floor
Oakland CA
94612-3501
tel 510.273.8780
toll free 800.339.3030
fax 510.839.9104

www.mhalaw.com

1118045v1 33802/0004