# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TRAVIS R. WALL
(415) 743-3738
twall@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
9691.034

August 7, 2008

Magistrate Judge Elizabeth D. Laporte
United States District Court,
Northern District of California
Courtroom E, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:    *Alta Bates Summit Medical Center v. United of Omaha Life Insurance Co.*
       U.S.D.C. N.D. Cal., Case No. C 07-4224 JSW (EDL)
       **Response to Plaintiff's August 6, 2008 Letter Brief Re Discovery**

Dear Judge Laporte:

Defendants United of Omaha Life Insurance Company and Mutual of Omaha Insurance Company submit this letter in response to plaintiff Alta Bates Summit Medical Center's August 6, 2008 letter to the court. In that letter, plaintiff requests an immediate ruling regarding the production of documents in response to Request Nos. 17, 51, and 52 in plaintiff's first set of document requests.

Defendants object to the resolution of this discovery dispute by way of informal letter briefs. The joint position letter that the parties submitted to Judge White was not a motion. Judge White's procedures only permit a limited discussion of relevant case law and background facts. There is also no provision in the Local Rules that allow discovery disputes to be decided through an exchange of informal letter briefs. Rather, Local Rule 37-2 expressly states that motions to compel must comply with the provisions of Civil Local Rule 7.

Defendants respectfully request that the court order Alta Bates to file a motion to compel that complies with the requirements of Local Rules 7 and 37. In the alternative, defendants request that the court set a deadline for defendants to submit a substantive response to plaintiff's August 6 letter.

Respectfully submitted,

TRAVIS R. WALL
For the Firm

cc: Marcia Augsburger, Esq. (by e-file)