IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER, | No. C-07-04224 JSW (EDL) |
| Plaintiff, | **ORDER RE: PLAINTIFF'S AUGUST 6, 2008 LETTER** |
| v. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, | |
| Defendant. | |

On August 6, 2008, Plaintiff filed a letter expressing its dissatisfaction with Defendant's August 1, 2008 declaration submitted in response to the Court's July 25, 2008 Order. See July 25, 2008 Order at 2:17-19 ("Therefore, if, as Defendant states, it has no responsive documents, it shall submit a declaration from the person(s) most knowledgeable regarding the diligent search made for documents and/or why Defendant believes that no responsive documents exist."). At first blush, having only read Plaintiff's letter, it appears that Plaintiff may be correct that Defendant's declaration may be inadequate. For example, it appears that Defendant failed to address any approvals, rather than denials, of claims where the trigger diagnosis was not disclosed before policy commencement as requested by Document Request 17.

The Court requires further briefing before ruling on this issue. Accordingly, no later than August 12, 1008 at noon, Defendant shall file an opposition, in the form of a brief of no more than six pages, responding to Plaintiff's letter. Any allegations by Defendant of burdensomeness with respect to this discovery shall be supported by an adequate showing. Plaintiff may file a reply brief of no more than three pages no later than August 13, 2008 at noon. The Court intends to take the

1  matter under submission and rule without a hearing.

2  **IT IS SO ORDERED.**

3  Dated: August 8, 2008

   *Elizabeth D. Laporte*
4  ELIZABETH D. LAPORTE
   United States Magistrate Judge