# Exhibit B

## Mutual of Omaha / United of Omaha
### Select Risk Questionnaire for Stop Loss Insurance

Name of Applicant: Alta Bates Summit Medical Center    Proposed Effective Date: 1/01/06

Proposed Specific Deductible: $ 250,000

This Select Risk Questionnaire must be completed and returned to the Company by the Applicant no earlier than calendar 30 days prior to the Proposed Effective Date.

The Company will rely on the information supplied to:
  (a) evaluate and determine whether to issue a stop loss insurance policy to the Applicant,
  (b) adjust specific deductibles for (or exclude losses related to) individuals with known medical conditions,
  (c) waive active at work requirements under any issued stop loss insurance policy, and/or
  (d) determine the premium rates and other underwriting terms and conditions for any issued stop loss insurance policy.

This information will be included in and become a part of any stop loss insurance policy issued by the Company. Stop loss insurance will not begin unless and until the Company approves the application for stop loss insurance.

Complete Attachment A to this Select Risk Questionnaire, with respect to any individuals (Employees, COBRA participants, FMLA or other Continuees, Retirees or Dependents) satisfying any of the following criteria and expected to be covered under the Applicant's self-funded medical plan on the Proposed Effective Date:
  (a) Any individual who has received benefits under the Applicant's medical plan during the last 12 months (including any pending charges not yet paid) exceeding 50% of the Proposed Specific Deductible;
  (b) Any individual confined in a medical facility or institution during the past 30 days or expected to be so confined within 90 days after the Proposed Effective Date;
  (c) Any employee absent from work due to illness or injury on the day this Questionnaire is signed; or
  (d) Any individual physically or mentally unable to perform all of the usual and customary duties and normal activities of an individual who is in good health on the day this Questionnaire is signed; or
  (e) Any individual diagnosed with any serious illness or injury including but not limited to any of the following diagnoses:

| ICD-9 Code | Diagnosis | ICD-9 Code | Diagnosis | ICD-9 Code | Diagnosis |
|---|---|---|---|---|---|
| 001-139 | Infectious Diseases/AIDS/HIV | 290-299 | Mental & Nervous Disorders/Psycho-neurotic | 582-588 | Renal Disease/Failure/Dialysis |
| 140-239 | Malignancies/Cancer/Leukemia | 320-389 | M.S./Nervous System/Encephalitis | 640-670, V31-V37 | High Risk Pregnancy/Complications |
| 250 | Uncontrolled Diabetes/Complications | 393-448 | Heart Disease/CHF/Cardiomyopathy | 719-730 | Connective Tissue/Back Disorder/Osteomyelitis |
| 272.7 | Gauchers Disease/Malabsorption Syndrome | 430-438 | Cerebrovascular Disease/Stroke | 740-779 | Congenital Anomalies/Newborn Complications |
| 277 | Cystic Fibrosis | 416, 490-496 | Primary Pulmonary Hypertension/Respiratory | 880-854, 952-953 | Intracranial/Spinal Cord Trauma/Paralysis |
| 278 & 783 | Hyperalimentation/Feeding Disorders | 555-558, V44 | Severe GI Disorders/Regional Enteritis | 860-959 | Major Trauma/Amputation/Burns |
| 286 | Hemophilia/Blood Disorders | 570-579 | Chronic Liver/Pancreatic Disease/Hepatitis | 996-997, V42 | Organ Transplants |

To assist in identifying individuals who satisfy any of the criteria noted above when completing Attachment A, the Applicant should obtain and analyze, without limitation, pending claim reports, large claim reports, precertification, large case management and other utilization review/management reports, subrogation reports, employee attendance records, sick leave and disability reports. As an alternative to completing Attachment A, the Applicant may attach a report(s) that contain(s) the information requested for Attachment A. If this alternative is chosen, report(s) must be generated within 30 days of the Proposed Effective Date and individuals satisfying any of the above criteria must be highlighted on the report.

As an authorized representative of the Applicant, I hereby warrant and represent that the information included on Attachment A or reports supplied is complete and accurate and that nothing has been knowingly or intentionally omitted. I also acknowledge that failure to disclose complete information, or providing inaccurate information, may result in the:
  (a) exclusion of stop loss insurance for losses related to (or the adjustment of specific deductibles for) certain individuals;
  (b) revision of the terms or conditions of any issued stop loss insurance policy; or
  (c) rescission of stop loss insurance
as of the effective date of such insurance.

Applicant: Alta Bates Summit Medical Center    Date: 12/7/05
Authorized Signature: [signature]
Printed Name: Mary Pellay    Title: Director, Benefits & Disability Mgmt

**EXHIBIT B**

CONFIDENTIAL    ABSMC01611

## Select Risk Questionnaire – Attachment A
### Proposed Specific Deductible $ 250,000

| Individual's Name and Social Security Number | Employee, Dependent, Retiree, COBRA, FMLA, or other Continuee | Date of Birth or Age | Gender | Diagnosis, Prognosis and Past/Current/Future Treatment | Date of Diagnosis | Benefits Paid during the last 12 months | Charges Pending | Current Status with effective date Options: FMLA, Disabled, Terminated, Deceased or COBRA |
|---|---|---|---|---|---|---|---|---|
| | | | | PLEASE    SEE | | | | |
| | | | | ATTACHED | | | | |
| | | | | REPORT | | | | |

This Attachment A must be signed below:

Applicant: __Alta Bates Summit Medical Center__     Date: __12/5/05__

Authorized Signature: _____

Printed Name: __Mary A Pelley__    Title: __Director Benefits & A.M__

CONFIDENTIAL    ABSMC01612

## Large Claims Report
Svc Dates: 10/01/2004 to 11/14/2005  Paid Dates: 01/01/2005 to 11/14/2005  Exceeding $62,500.00

Group: 6060 Alta Bates Summit Med Center

| Ins SSN | Patient Name | Claims | Total Paid |
|---|---|---|---|

Loc: UNKNOWN

# Remainder Redacted

CONFIDENTIAL                                                                        ABSMC01613