# Exhibit C

# Specific Reimbursement Request Form

Mutual of Omaha Insurance Company
United of Omaha Life Insurance Company



Mail To:  Mutual of Omaha
S3-Stop Loss Claims Unit
Mutual of Omaha Plaza
Omaha, NE 68175

**Stop Loss Policy Information**   Initial Submission ☒   Subsequent Submission ☐   Advance Funding ☒

Policyholder/Group: ALTA BATES SUMMIT MED CENTER

Policy No.: UI-90X4       Policy Period: 1/1/06 - 12/31/06 (Accumulation period)

**Employee and Eligibility Information**

Employee (Last/First): [Redacted], [Redacted]   Birth Date: 8/24/50   Soc. Sec. No.: [Redacted]-1551

Employee Status: Active (Y/N) Y   Retired: (Y/N) N   Hire Date: 9/12/92   Health Benefit Effective Date: 1/1/05

Date Last Worked: __/__/__   Return to Work Date: __/__/__   FMLA effective: __/__/__ until __/__/__

COBRA effective: __/__/__ until __/__/__   Extension of Benefits effective: __/__/__ until __/__/__

Continuation of Benefits effective: __/__/__ until __/__/__   Accident Date: __/__/__ (if applicable)

Pre-Existing Condition Exclusion applicable (Y/N) N   Prior Creditable Coverage applicable (Y/N) N

**Claim Information**

Claimant: [Redacted], [Redacted]   Birth Date: 8/24/50   Gender: F   Relation to Employee: SELF

Diagnosis: 585.6 END STAGE RENAL DISEASE   Prognosis: ____

Plan Benefits Paid during this Policy Period $ 581,371.80   Est. Future Liability $ ____

Case Management involved in claim (Y/N) Y   Specific Amount Requested $ 331,371.80

**Items that must be submitted with the initial claim:**
- Copies of all pertinent eligibility documentation (e.g., enrollment card, screen prints of history, COBRA payments, documentation supporting how coverage was maintained to meet the definition of "actively at work" status (FMLA dates, vacation or sick time utilized) documentation and verification of creditable coverage, etc.)
- Results of Other Insurance, Medicare and Subrogation investigation
- Signed Subrogation form (if applicable)
- Copies of Care Certifications (Preauthorizations, Hospital Precertifications, etc.)
- Copies of Case Management Progress Notes
- Copies of all provider bills (refunds, benefit exceptions, overpayments)
- Copies of EOB's
- Claim History Report

**Items that must be submitted with any subsequent claim submissions:**
- Claim History Report
- Copies of Care Certifications (preauthorizations, hospital precertifications, etc.)
- Copies of Case Management Progress Notes
- Copies of all provider bills (refunds, exception payments, overpayments)
- Copies of EOB's

DEPOSITION EXHIBIT 97

Administrator: BENEFIT & RISK MANAGEMENT SERVICES   Address: 10860 GOLD CENTER DR., #300 RANCHO CORDOVA, CA 95670   Phone Number: (800) 959-4767

Authorized By: Ralph Hennen   Date: 7-21-06   Fax Number: (916) 858-3955

Z747

**EXHIBIT C**

ABSMC 00125