# Exhibit D

MUTUAL of OMAHA INSURANCE COMPANY
UNITED of OMAHA LIFE INSURANCE COMPANY
Mutual of Omaha Plaza
Omaha, NE 68175
402 342 7600
mutualofomaha.com



Mutual of Omaha

August 2, 2006

Ralph Herrera
Benefit & Risk Management Services
10860 Gold Center Drive, S-300
Rancho Cordova, CA 95741

Re: Alta Bates Summit Medical Center
Policy: UP-90X4
Insured: D[Redacted] J[Redacted]
SSN: XXX-XX-1551
Policy Year: 1-1-06 to 1-1-07

Dear Ralph:

I have completed my review of your submission, dated 7-21-06, for the above referenced individual totaling $331,371.80. The following determination has been made.

Please refer to the stop loss policy provision "MISSTATED DATA" that states;

"MISSTATED DATA - We have relied upon the information, including, without limitation, the Select Risk Questionnaire and Your application, provided by You or Your agents, employees or representatives, in the issuance of this Policy. If, before or after, making any reimbursement, We determine that You or Your agent, employee or representative provided inaccurate information or misstated, omitted, concealed or misrepresented any material fact or circumstance concerning this Policy or the Plan, including any Loss or other items that You were required to disclose to Us on Your application or the Select Risk Questionnaire, or there was fraud by You or Your agent, employee or representative relating to this Policy, We may:
(a) deny stop loss reimbursements for Losses related to (or the adjustment of Specific Deductibles for) certain individuals, notwithstanding any other provision of the Policy;
(b) revise the terms or conditions of the Policy, including, without limitation, the premium rates;
(c) rescind the stop loss insurance; or
(d) void the Policy."

The "Select Risk Questionnaire" which is part of the stop loss policy states:

"Complete Attachment A of this Select Risk Questionnaire, with respect to any individuals (employees, COBRA participants, FMLA or other continuees, retirees or dependents) satisfying any of the following criteria and expected to be covered under the Applicant's self insured health care plan on the Proposed Effective Date:
(a) Any individual who has received benefits under the Applicant's medical plan during the last 12 months (including any pending charges not yet paid) exceeding [the lesser of $20,000 or] [50%] of the Proposed Specific Deductible;
(b) Any individual confined in a medical facility or institution during the past 30 days or expected to be so confined at any time during the period commencing on the date this Questionnaire is signed and ending on the 90th day after the Proposed Effective Date;
(c) Any employee absent from work due to illness or injury on the day this Questionnaire is signed;
(d) Any individual physically or mentally unable to perform all of the normal activities of an individual who is in good health on the day this Questionnaire is signed; or
(e) Any individual diagnosed with any serious illness or injury including but not limited to any of the following diagnoses:"



DEPOSITION EXHIBIT 99

EXHIBIT D
ABSMC 00113

The diagnosis codes include 393-448/ Heart Disease/CHF/Cardiomyopathy and 582-588/ Renal Disease/Failure/Dialysis.

Review of the claim documentation submitted indicates that the claimant incurred services on May 24th 2005 for diagnosis 584.9 and 401.9 (claim # 752627) and July 27th 2005 for diagnosis 586 (claim # 714509). There were also preauthorization's submitted for service on August 24th 2005 for diagnosis 585 (authorization # 178200) and September 1st 2005 for diagnosis 585 (authorization # 178198). Based on this documentation we are applying provision MISSTATED DATA (a) and denying reimbursement for the stop loss claim submitted.

The determinations made for this reimbursement submission are based on the information submitted and information present in the stop loss reimbursement file at this time. If you feel that there is any additional information that may impact these determinations, please submit it. We will be happy to review the file again once the information is received.

Sincerely,

*Mark Brewer*

Mark Brewer
Stop Loss Operation Auditor
Mutual of Omaha
Mutual of Omaha Plaza
Omaha NE 68175
t(402) 351-6540
f(402) 351-1914
Mark.Brewer@Mutualofomaha.com

CC Betty Coyle Roberts
     Mutual/United of Omaha

ABSMC 00114