# Exhibit A

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Friday, March 28, 2008 11:44 AM |
| **To:** | Leslie Murphy |
| **Subject:** | Alta Bates |

Leslie:

Thanks for the call. We will be serving responses to Alta Bates's first set of document requests today or on Monday. The documents are being prepared and scanned and will be produced sometime next week (hopefully on Monday).

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.**

# Exhibit B

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Monday, March 31, 2008 1:43 PM |
| **To:** | Leslie Murphy; Marcia L. Augsburger |
| **Subject:** | Alta Bates |

Leslie and Marcia:

I should have the documents to you by mid-week. It is my understanding that your client will be supplementing its document production. Please let me know when I can expect to receive the documents.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.**

# Exhibit C

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Monday, April 07, 2008 3:30 PM |
| **To:** | Leslie Murphy |
| **Subject:** | RE: Alta Bates |

Leslie:

I expected to have them last week. I am following up with the client and will let you know when you should be receiving them. They are fairly voluminous, since we are produce the entire underwriting files.

Travis

> **From:** Leslie Murphy [mailto:lmurphy@mhalaw.com]
> **Sent:** Monday, April 07, 2008 10:15 AM
> **To:** Wall, Travis R.
> **Subject:** FW: Alta Bates
>
> Travis:
>
> We have not received your documents. Can you please let me know when we can expect them?
>
> Thanks,
> Leslie
>
> **From:** Wall, Travis R. [mailto:twall@barwol.com]
> **Sent:** Monday, March 31, 2008 1:43 PM
> **To:** Leslie Murphy; Marcia L. Augsburger
> **Subject:** Alta Bates
>
> Leslie and Marcia:
>
> I should have the documents to you by mid-week. It is my understanding that your client will be supplementing its document production. Please let me know when I can expect to receive the documents.
>
> Travis
>
> **Travis R. Wall**
> BARGER & WOLEN LLP
> 650 California Street, 9th Floor
> San Francisco, California 94108-2713
> Tel. (415) 743-3738 (direct)
> Tel. (415) 434-2800 (main operator)
> Fax. (415) 434-2533
> email: twall@barwol.com
>
> **The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.**

8/8/2008

**Thank you.**

Exhibit D

Alta Bates

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Tuesday, April 08, 2008 9:54 AM |
| **To:** | Leslie Murphy |
| **Subject:** | Alta Bates |

Leslie:

I should have the documents by tomorrow, which means you will receive them on Thursday.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.**

# Exhibit E

**Leslie Murphy**

---

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Wednesday, April 09, 2008 3:33 PM |
| **To:** | Leslie Murphy |
| **Subject:** | Alta Bates production |

Leslie:

I received the CD from my client today.  I reviewed the documents and need to confer with my client on a couple of issues.  Thus, we will not be producing the CD today.  Sorry for the delay.  I will get you an update on the status as soon as possible.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email:  twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above.  Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient.  If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.  Thank you.**

# Exhibit F

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Thursday, April 17, 2008 12:58 PM |
| **To:** | Leslie Murphy |
| **Subject:** | RE: Alta Bates production |

Leslie:

I received the CD and will overnight it to you today. This is a substantial production, but it is not entirely complete. There are still a few more files that we need to review. We will produce those documents as soon as possible.

Travis

---

**From:** Wall, Travis R.
**Sent:** Thursday, April 17, 2008 11:26 AM
**To:** 'Leslie Murphy'
**Subject:** RE: Alta Bates production

Leslie:

I should get the documents today. So you should receive them tomorrow.

Travis

---

**From:** Leslie Murphy [mailto:lmurphy@mhalaw.com]
**Sent:** Thursday, April 17, 2008 11:27 AM
**To:** Wall, Travis R.
**Subject:** RE: Alta Bates production

Travis:

Are you able to confirm when we can expect your document production?

**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Wednesday, April 09, 2008 3:33 PM
**To:** Leslie Murphy
**Subject:** Alta Bates production

Leslie:

I received the CD from my client today. I reviewed the documents and need to confer with my client on a couple of issues. Thus, we will not be producing the CD today. Sorry for the delay. I will get you an update on the status as soon as possible.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)

8/8/2008

Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email:  twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above.  Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient.  If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.  Thank you.**

# Exhibit G

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TRAVIS R. WALL
(415) 743-3738
twall@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
9691.034

April 17, 2008

**VIA FEDEX**

Marcia L. Augsburger, Esq.
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814

Re:    *Alta Bates Summit Medical Center v. United of Omaha Life Insurance Co.*
Alameda County Superior Court Case No. RG 07336672

Dear Marcia:

Enclosed please find additional documents that United of Omaha is producing. The documents are numbered United 1381 to United 3900 and have been designated as confidential under the protective order entered in this action.

We are preparing a privilege log, which we will forward shortly. No privileged documents have been intentionally produced. Thus, to the extent this production contains any privileged information or documents, the disclosure was inadvertent only.

Very truly yours,

TRAVIS R. WALL
For the Firm

TRW:
Encl.



# Exhibit H

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Tuesday, April 29, 2008 12:54 PM |
| **To:** | Leslie Murphy |
| **Cc:** | Young, Stephanie K. |
| **Subject:** | Alta Bates -- Document Production |
| **Attachments:** | SDOC6007.pdf |

Leslie:

I am informed that I should receive the additional documents by the end of the week. Attached is our preliminary privilege log, which addresses the few documents that were redacted on attorney client communication or attorney work product grounds. We will be supplementing this log to address other redactions as well.

<<SDOC6007.pdf>>
Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.**

# Exhibit I

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TRAVIS R. WALL
(415) 743-3738
twall@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
9691.034

May 5, 2008

**VIA FEDEX**

Marcia L. Augsburger, Esq.
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814

Re: *Alta Bates Summit Medical Center v. United of Omaha Life Insurance Co.*
U.S.D.C. N.D. Cal., Case No. C 07-4224

Dear Marcia:

Enclosed please find additional documents that United of Omaha is producing. The documents are numbered United 3916 to United 4864 and have been designated as confidential under the protective order in this action.

My April 17, 2008 letter stated that United of Omaha's production on that date ended at document number Untied 3900. That was incorrect. The previous production ended at number United 3915. Thus, there should be no gap in the numbering.

We are finalizing a privilege log, which we will forward to you as soon as possible. No privileged documents have been intentionally produced. Thus, to the extent this production contains any privileged information or documents, the disclosure was inadvertent only.

Very truly yours,

TRAVIS R. WALL
For the Firm

TRW:
Encl.



# Exhibit J

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Thursday, May 22, 2008 2:02 PM |
| **To:** | Marcia L. Augsburger; Leslie Murphy |
| **Cc:** | Young, Stephanie K. |
| **Subject:** | Alta Bates -- Document production |

Marcia and Leslie:

We are producing additional documents today:  the claims files for ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮, portions of the underwriter renewal procedures manual and claims manual, and another copy of Production File 13 (the original on our disk was password protected and could not be printed out without a password; we assume that yours is the same).  We also will be serving a supplemental privilege log today or tomorrow.

Again, please let me know your position on the production of documents Alta Bates withheld on privilege grounds.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email:  twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above.  Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient.  If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.  Thank you.**

# Exhibit K

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Thursday, May 22, 2008 2:36 PM |
| **To:** | Marcia L. Augsburger; Leslie Murphy |
| **Cc:** | Young, Stephanie K. |
| **Subject:** | Alta Bates -- Document production |
| **Attachments:** | Underwriter Renewal Procedures.pdf; Claims Manual.pdf |

Marcia and Leslie:

Attached are additional documents that United is producing. The documents are numbered UNITED-6065 to UNITED-6084 and are designated as confidential under the protective order in this case. The other documents that we are producing today will be produced on a CD.

<<Underwriter Renewal Procedures.pdf>> <<Claims Manual.pdf>>
Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.**

# Exhibit L

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TRAVIS R. WALL
(415) 743-3738
twall@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
9691.034

May 23, 2008

**VIA FEDEX**

Marcia L. Augsburger, Esq.
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA  95814

Re:    *Alta Bates Summit Medical Center v. United of Omaha Life Insurance Co.*
       U.S.D.C. N.D. Cal., Case No. C 07-4224

Dear Marcia:

Enclosed please find additional documents that United of Omaha is producing.  One CD contains an additional copy of Production File 13.  The version we previously produced could not be printed because it was password protected.  The second CD contains Production Files 15 & 16, bates range UNITED4469 – UNITED6064.  All documents on both CD's have been designated as confidential under the protective order in this action.

No privileged documents have been intentionally produced.  Thus, to the extent this production contains any privileged information or documents, the disclosure was inadvertent only.

Very truly yours,

TRAVIS R. WALL
For the Firm

TRW:sky
Encl.



# Exhibit M

## Tina Gravel

**From:** Leslie Murphy
**Sent:** Friday, June 20, 2008 5:38 PM
**To:** Corene Rodder; EJ Kipping; Tina Gravel
**Subject:** FW: Alta Bates

**Attachments:** 20080620172959105.pdf



2008062017295910
5.pdf (2 MB)

-----Original Message-----
From: Wall, Travis R. [mailto:twall@barwol.com]
Sent: Friday, June 20, 2008 5:34 PM
To: Marcia L. Augsburger; Leslie Murphy
Cc: Young, Stephanie K.
Subject: Alta Bates

Marcia and Leslie:

Attached are additional documents that defendants are producing. The documents are numbered United 6482-6516 and are designated as confidential under the protective order in this case.

Travis R. Wall
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

# Exhibit N

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TRAVIS R. WALL
(415) 743-3738
twall@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
9691.034

July 17, 2008

**VIA FEDERAL EXPRESS**

Marcia L. Augsburger, Esq.
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814

Re:     *Alta Bates Summit Medical Center v. United of Omaha Life Insurance Co.*
        U.S.D.C. N.D. Cal., Case No. C 07-4224

Dear Marcia:

Enclosed is a compact disk containing documents that defendants are producing in this matter. The documents are numbered United 6517 - United 6709 and are designated as confidential under the protective order in this case.

Very truly yours,

TRAVIS R. WALL
For the Firm

TRW:
Enclosure

