MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:     916.444.8989

Attorneys for Plaintiff
Alta Bates Summit Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.  C 07-4224 JSW<br><br>**[PROPOSED] SCHEDULING ORDER** |

Motion for Administrative Relief having been made by counsel for Plaintiff Alta Bates Summit Medical Center ("ABSMC" or "Plaintiff") for a revised hearing schedule for Plaintiff's Motion to Amend the Complaint and dispositive motion(s), and good cause appearing in the Motion, Declaration, and accompanying documents,

IT IS HEREBY ORDERED, pursuant to Local Rule 7-11, in the interests of justice, and in furtherance of the purposes of Rules of Federal Procedure, Rule 15(a)(2), that the time for hearing on Plaintiff's motion to Amend Complaint shall be held on September 19, 2008, at 9 a.m. Dispositive motion(s) shall be heard on October 10, 2008.

IT IS SO ORDERED.

DATED: _____

_____
JUDGE JEFFREY S. WHITE

1

[Proposed] Order                                                                                                 1120215v1 33802/0004