| | |
|---|---|
| CASE TITLE: | *Alta Bates Summit Medical Center v. United Of Omaha Life Insurance Company, et al.* |
| COURT/CASE NO: | USDC, Northern District, No. C 07-4224 JSW |

### PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On August 8, 2008, I served the within:

**PLAINTIFF ALTA BATES SUMMIT MEDICAL CENTERS' MOTION FOR ADMINISTRATIVE RELIEF**

☐ **By mail** on all parties in said action by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

☒ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **By overnight delivery** on the following party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at McDonough Holland & Allen PC, mail placed in that designated area is picked up that same day for delivery the following business day.

☐ **By facsimile** by transmitting a true copy thereof to the persons at the following facsimile numbers and obtaining electronic confirmation that the transmissions have been received.

| | |
|---|---|
| Travis R. Wall<br>Barger & Wolen LLP<br>650 California Street, 9th Floor<br>San Francisco, California 94108-2713<br>twall@barwol.com<br>Tel: 415.434.2800<br>Fax: 415.434.2533 | Attorneys for Defendants |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2008, at Sacramento, California.

*/s/ CORENE E. RODDER*



**McDonough Holland & Allen PC**
Attorneys at Law