MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:    916.444.8989

Attorneys for Plaintiff
Alta Bates Summit Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. C 07-4224 JSW (EDL)<br><br>**[PROPOSED] ORDER COMPELLING FURTHER RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Plaintiff Alta Bates Summit Medical Center moved the Court to compel further responses to Requests for Production of Documents in the above-captioned matter. The matter came on regularly for hearing at the above-captioned time and place.

Having considered all moving papers and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

Defendants United of Omaha Life Insurance Company and Mutual of Omaha Life Insurance Company are compelled to respond to Alta Bates Summit Medical Center's Requests For Production of documents, Set Two, requests number 24 and request number 63. Defendants' responses shall be served no later than _____, 2008.

_____
Magistrate Judge Elizabeth D. Laporte

1

[Proposed] Order

1122359v1 33802/0004