MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8989

Attorneys for Plaintiff
Alta Bates Summit Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ALTA BATES SUMMIT MEDICAL CENTER, | Case No.  C 07-4224 JSW (EDL) |
|---|---|
| Plaintiff, | **DECLARATION OF MARCIA L. AUGSBURGER IN SUPPORT OF MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA LIFE INSURANCE COMPANY, et al., | Date:       September 16, 2008<br>Time:       2:00 p.m.<br>Courtroom:  Courtroom E, 15th Floor<br>            450 Golden Gate Ave.<br>            San Francisco, CA |
| Defendants. | |
| | Magistrate Judge Elizabeth D. Laporte |

I, Marcia L. Augsburger, declare:

1.   I am an attorney licensed to practice law before all courts of the States of California. I am a shareholder with McDonough Holland & Allen PC, representing Alta Bates Summit Medical Center.  This declaration is made and based upon facts personally known to me, and if called upon as a witness to do so, I could and would competently testify as to their truth.

2.   I am the attorney primarily responsible for the handling of this lawsuit.  My associate, Leslie Murphy, is also responsible.

3.   Attached hereto as **Exhibits A and B** are true and correct copies of United's and Mutual's responses to document request numbers 63, 24, and 51, which also set forth the requests.



1

4.   Attached hereto as **Exhibits C** are true and correct copies of portions of the transcript of Tom Gage's deposition, taken on July 26, 2008.

5.   Attached hereto as **Exhibit D** is a true and correct copy of portions of the transcript of Carol Tarkowski's deposition, taken on July 27, 2008.

6.   Attached hereto as **Exhibit E** is a true and correct copy of portions of the transcript of Betty Coyle-Roberts' deposition, taken on July 27, 2008.

7.   Attached hereto as **Exhibit F** is a true and correct copy of Deposition Ex. 97.

8.   Attached hereto as **Exhibit G** is a true and correct copy of Deposition Ex. 99.

9.   Attached hereto as **Exhibit H** is a true and correct copy of Deposition Ex. 49.

10.   Attached hereto as **Exhibit I** are true and correct copies of United's and Mutual's supplemental responses to document request numbers 65, which also set forth the requests.

11.   Attached hereto as **Exhibit J** is a true and correct copy of an e-mail exchange with Travis Wall on August 10 and August 11, 2008, regarding ABSMC's discovery request numbers 62 and 65.

12.   Attached hereto as **Exhibit K** are true and correct copies of United's and Mutual's initial responses to document request number 62, which also sets forth the request. I have had at least two telephone conversations and an in person conversation with Mr. Wall regarding the discovery matters set forth in this motion. I have also communicated with him about the issues through numerous e-mails, some of which are attached to Ms. Murphy's declaration, filed herewith. Mr. Wall made is absolutely clear that documents would not be produced in response to the requests at issue on this motion.

13.   Attached hereto as **Exhibit L** are true and correct portions of the unofficial/rough transcript of DeAnn Prefling, taken on July 29, 2008. The official transcripts from Ms. Prefling's deposition are not complete as of today. I attended this deposition and recall the questions and answers of Ms. Prefling as transcribed in the unofficial/rough transcript.

14.   Attached hereto as **Exhibit M** is a true and correct copy of Deposition Exh. 88.

15.   Attached hereto as **Exhibit N** is a true and correct copy of the pages 5 and 8 through 12 of the deposition of Patricia Swank, taken on June 25, 2008.


McDonough Holland & Allen PC
Attorneys at Law

Marcia L. Augsburger's Declaration in Support of Plaintiff's Motion to Compel       1122150v1 33802/0004

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct. This declaration was executed on August 11, 2008, at Sacramento, California.

*/s/ Marcia L. Augsburger*

Marcia L. Augsburger