United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTA BATES SUMMIT MEDICAL CENTER,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY, et al.,

    Defendants.

No. 07-04224 JSW

**ORDER RE PARTIES' STIPULATION TO REDACT OR REMOVE DOCUMENTS**

The Court has received the parties' stipulation regarding the documents filed which inadvertently disclose patient information. The Court directs the Clerk to remove from the docket Plaintiff's motion for leave to file a second amended complaint and the declaration of Marcia L. Ausberger filed in support of this motion. By no later than September 15, 2008, Plaintiff shall submit copies of the motion and declaration to be filed under seal and shall publicly file redacted versions of these documents.

**IT IS SO ORDERED.**

Dated: September 12, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE