# Exhibit A

Alta Bates

## Leslie Murphy

**From:**     Wall, Travis R. [twall@barwol.com]
**Sent:**     Friday, March 28, 2008 11:44 AM
**To:**       Leslie Murphy
**Subject:** Alta Bates

Leslie:

Thanks for the call. We will be serving responses to Alta Bates's first set of document requests today or on Monday. The documents are being prepared and scanned and will be produced sometime next week (hopefully on Monday).

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

8/8/2008

# Exhibit B

Alta Bates

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Monday, March 31, 2008 1:43 PM |
| **To:** | Leslie Murphy; Marcia L. Augsburger |
| **Subject:** | Alta Bates |

Leslie and Marcia:

I should have the documents to you by mid-week. It is my understanding that your client will be supplementing its document production. Please let me know when I can expect to receive the documents.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

8/8/2008

Exhibit C

Alta Bates.

## Leslie Murphy

**From:**   Wall, Travis R. [twall@barwol.com]
**Sent:**   Monday, April 07, 2008 3:30 PM
**To:**   Leslie Murphy
**Subject:** RE: Alta Bates

Leslie:

I expected to have them last week.  I am following up with the client and will let you know when you should be receiving them.  They are fairly voluminous, since we are produce the entire underwriting files.

Travis

> **From:** Leslie Murphy [mailto:lmurphy@mhalaw.com]
> **Sent:** Monday, April 07, 2008 10:15 AM
> **To:** Wall, Travis R.
> **Subject:** FW: Alta Bates
>
> Travis:
>
> We have not received your documents.  Can you please let me know when we can expect them?
>
> Thanks,
> Leslie
>
> **From:** Wall, Travis R. [mailto:twall@barwol.com]
> **Sent:** Monday, March 31, 2008 1:43 PM
> **To:** Leslie Murphy; Marcia L. Augsburger
> **Subject:** Alta Bates
>
> Leslie and Marcia:
>
> I should have the documents to you by mid-week.  It is my understanding that your client will be supplementing its document production.  Please let me know when I can expect to receive the documents.
>
> Travis
>
> **Travis R. Wall**
> BARGER & WOLEN LLP
> 650 California Street, 9th Floor
> San Francisco, California 94108-2713
> Tel. (415) 743-3738 (direct)
> Tel. (415) 434-2800 (main operator)
> Fax. (415) 434-2533
> email: twall@barwol.com
>
> **The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above.  Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient.  If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.**

8/8/2008

Thank you.

Exhibit D

Alta Bates

**Leslie Murphy**

**From:**    Wall, Travis R. [twall@barwol.com]
**Sent:**    Tuesday, April 08, 2008 9:54 AM
**To:**    Leslie Murphy
**Subject:** Alta Bates

Leslie:

I should have the documents by tomorrow, which means you will receive them on Thursday.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email:  twall@barwol.com

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above.  Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient.  If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.  Thank you.

8/8/2008

Exhibit E

Alta Bates production                                                              Page 1 of 1

## Leslie Murphy

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Wednesday, April 09, 2008 3:33 PM |
| **To:** | Leslie Murphy |
| **Subject:** | Alta Bates production |

Leslie:

I received the CD from my client today. I reviewed the documents and need to confer with my client on a couple of issues. Thus, we will not be producing the CD today. Sorry for the delay. I will get you an update on the status as soon as possible.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.**

8/8/2008

Exhibit F

Alta Bates production                                                                                    Page 1 of 2

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Thursday, April 17, 2008 12:58 PM |
| **To:** | Leslie Murphy |
| **Subject:** | RE: Alta Bates production |

Leslie:

I received the CD and will overnight it to you today.  This is a substantial production, but it is not entirely complete.  There are still a few more files that we need to review.  We will produce those documents as soon as possible.

Travis

> **From:** Wall, Travis R.
> **Sent:** Thursday, April 17, 2008 11:26 AM
> **To:** 'Leslie Murphy'
> **Subject:** RE: Alta Bates production
>
> Leslie:
>
> I should get the documents today.  So you should receive them tomorrow.
>
> Travis
>
> > **From:** Leslie Murphy [mailto:lmurphy@mhalaw.com]
> > **Sent:** Thursday, April 17, 2008 11:27 AM
> > **To:** Wall, Travis R.
> > **Subject:** RE: Alta Bates production
> >
> > Travis:
> >
> > Are you able to confirm when we can expect your document production?
> >
> > **From:** Wall, Travis R. [mailto:twall@barwol.com]
> > **Sent:** Wednesday, April 09, 2008 3:33 PM
> > **To:** Leslie Murphy
> > **Subject:** Alta Bates production
> >
> > Leslie:
> >
> > I received the CD from my client today.  I reviewed the documents and need to confer with my client on a couple of issues.  Thus, we will not be producing the CD today.  Sorry for the delay.  I will get you an update on the status as soon as possible.
> >
> > Travis
> >
> > **Travis R. Wall**
> > BARGER & WOLEN LLP
> > 650 California Street, 9th Floor
> > San Francisco, California 94108-2713
> > Tel. (415) 743-3738 (direct)

Alta Bates production

Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

8/8/2008

Exhibit G

33802.0004

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TRAVIS R. WALL
(415) 743-3738
twall@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
9691.034

April 17, 2008

**VIA FEDEX**

Marcia L. Augsburger, Esq.
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814

Re:    *Alta Bates Summit Medical Center v. United of Omaha Life Insurance Co.*
          Alameda County Superior Court Case No. RG 07336672

Dear Marcia:

Enclosed please find additional documents that United of Omaha is producing. The documents are numbered United 1381 to United 3900 and have been designated as confidential under the protective order entered in this action.

We are preparing a privilege log, which we will forward shortly. No privileged documents have been intentionally produced. Thus, to the extent this production contains any privileged information or documents, the disclosure was inadvertent only.

Very truly yours,

TRAVIS R. WALL
For the Firm

TRW:
Encl.



Exhibit H

Alta Bates -- Document Production                                                              Page 1 of 1

## Leslie Murphy

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Tuesday, April 29, 2008 12:54 PM |
| **To:** | Leslie Murphy |
| **Cc:** | Young, Stephanie K. |
| **Subject:** | Alta Bates -- Document Production |
| **Attachments:** | SDOC6007.pdf |

Leslie:

I am informed that I should receive the additional documents by the end of the week. Attached is our preliminary privilege log, which addresses the few documents that were redacted on attorney client communication or attorney work product grounds. We will be supplementing this log to address other redactions as well.

<<SDOC6007.pdf>>
Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.**

8/8/2008

# Exhibit I

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TRAVIS R. WALL
(415) 743-3738
twall@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
9691.034

May 5, 2008

**VIA FEDEX**

Marcia L. Augsburger, Esq.
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814

Re:    *Alta Bates Summit Medical Center v. United of Omaha Life Insurance Co.*
U.S.D.C. N.D. Cal., Case No. C 07-4224

Dear Marcia:

Enclosed please find additional documents that United of Omaha is producing. The documents are numbered United 3916 to United 4864 and have been designated as confidential under the protective order in this action.

My April 17, 2008 letter stated that United of Omaha's production on that date ended at document number Untied 3900. That was incorrect. The previous production ended at number United 3915. Thus, there should be no gap in the numbering.

We are finalizing a privilege log, which we will forward to you as soon as possible. No privileged documents have been intentionally produced. Thus, to the extent this production contains any privileged information or documents, the disclosure was inadvertent only.

Very truly yours,

TRAVIS R. WALL
For the Firm

TRW:
Encl.



Exhibit J

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Thursday, May 22, 2008 2:02 PM |
| **To:** | Marcia L. Augsburger; Leslie Murphy |
| **Cc:** | Young, Stephanie K. |
| **Subject:** | Alta Bates -- Document production |

Marcia and Leslie:

We are producing additional documents today:  the claims files for ██████████ and ██████████, portions of the underwriter renewal procedures manual and claims manual, and another copy of Production File 13 (the original on our disk was password protected and could not be printed out without a password; we assume that yours is the same).  We also will be serving a supplemental privilege log today or tomorrow.

Again, please let me know your position on the production of documents Alta Bates withheld on privilege grounds.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email:  twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above.  Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient.  If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.  Thank you.**

8/8/2008

# Exhibit K

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Thursday, May 22, 2008 2:36 PM |
| **To:** | Marcia L. Augsburger; Leslie Murphy |
| **Cc:** | Young, Stephanie K. |
| **Subject:** | Alta Bates -- Document production |
| **Attachments:** | Underwriter Renewal Procedures.pdf; Claims Manual.pdf |

Marcia and Leslie:

Attached are additional documents that United is producing. The documents are numbered UNITED-6065 to UNITED-6084 and are designated as confidential under the protective order in this case. The other documents that we are producing today will be produced on a CD.

<<Underwriter Renewal Procedures.pdf>> <<Claims Manual.pdf>>
Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

Exhibit L

33802.0004

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TRAVIS R. WALL
(415) 743-3738
twall@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
9691.034

May 23, 2008

**VIA FEDEX**

Marcia L. Augsburger, Esq.
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814

Re:     *Alta Bates Summit Medical Center v. United of Omaha Life Insurance Co.*
        U.S.D.C. N.D. Cal., Case No. C 07-4224

Dear Marcia:

Enclosed please find additional documents that United of Omaha is producing.  One CD contains an additional copy of Production File13.  The version we previously produced could not be printed because it was password protected.  The second CD contains Production Files 15 & 16, bates range UNITED4469 – UNITED6064.  All documents on both CD's have been designated as confidential under the protective order in this action.

No privileged documents have been intentionally produced.  Thus, to the extent this production contains any privileged information or documents, the disclosure was inadvertent only.

Very truly yours,

TRAVIS R. WALL
For the Firm

TRW:sky
Encl.



Exhibit M

**Tina Gravel**

| | |
|---|---|
| **From:** | Leslie Murphy |
| **Sent:** | Friday, June 20, 2008 5:38 PM |
| **To:** | Corene Rodder; EJ Kipping; Tina Gravel |
| **Subject:** | FW: Alta Bates |

**Attachments:**    20080620172959105.pdf



2008062017295910
5.pdf (2 MB)

-----Original Message-----
From: Wall, Travis R. [mailto:twall@barwol.com]
Sent: Friday, June 20, 2008 5:34 PM
To: Marcia L. Augsburger; Leslie Murphy
Cc: Young, Stephanie K.
Subject: Alta Bates

Marcia and Leslie:

Attached are additional documents that defendants are producing.  The documents are numbered United 6482-6516 and are designated as confidential under the protective order in this case.

Travis R. Wall
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email:  twall@barwol.com

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above.  Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient.  If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.  Thank you.

# Exhibit N

U5802.0004

# BARGER & WOLEN LLP

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

TRAVIS R. WALL
(415) 743-3738
twall@barwol.com

PLEASE REFER TO
OUR FILE NUMBER:
9691.034

July 17, 2008

**VIA FEDERAL EXPRESS**

Marcia L. Augsburger, Esq.
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814

Re:    *Alta Bates Summit Medical Center v. United of Omaha Life Insurance Co.*
       U.S.D.C. N.D. Cal., Case No. C 07-4224

Dear Marcia:

Enclosed is a compact disk containing documents that defendants are producing in this matter. The documents are numbered United 6517 - United 6709 and are designated as confidential under the protective order in this case.

Very truly yours,

TRAVIS R. WALL
For the Firm

TRW:
Enclosure



Exhibit  O

CONFIDENTIAL

Julie-GBS Moore/MutualOMA      To   Peggy McColley/MutualOMA@Mutual of Omaha
08/17/2005 08:56 AM      cc   Tom Gage/MutualOMA@Mutual of Omaha, Betty
Coyle/MutualOMA@Mutual of Omaha, John
Lenagh/MutualOMA@Mutual of Omaha

bcc

Subject   Re: Alta Bates/BRMS

I'm assuming that when you were just out there in June to meet with them they didn't mention anything about these cases.

As you are working with Tom and Betty on this we might want to consider the following (you may have all ready discussed these) -

- Do we consider denying the claims since they didn't follow the policy language?  I don't really think the employer should get the hit from this; however, somewhere along the line BRMS needs to feel some pain related to it.  They don't seem to be motivated to fix their issues in the current environment.

- Do we need discontinue any medical management discount we are giving them since they aren't managing anything?

- Until they get their medical management/case management issues resolved do we need to consider discontinuing our quoting with them?  Based on what you learned when you were out there in June, and adding this to it, they appear to be a medical management/case management disaster waiting to happen.

- Based on Claudia's audit report, they have issues in addition to the case management.  Here is a summary of what was in her audit report.

  - Poor time service
  - Other insurance verification issues
  - Refund received on spec claim, not forwarded to us

In addition, Internal Audit identified some issues related to premiums.

Julie Moore
1st Vice President
TPA Stop Loss Operations
Mutual of Omaha
(402) 351-5238
Fax (402) 351-1914
Julie-GBS.Moore@mutualofomaha.com

Peggy McColley/MutualOMA

Peggy McColley/MutualOMA
08/16/2005 03:16 PM      To   Julie-GBS Moore/MutualOMA@Mutual of Omaha, Carol
Tarkowski/MutualOMA@Mutual of Omaha

cc

Subject   Alta Bates/BRMS



DEPOSITION
EXHIBIT
93
6-26-07 BA
Gage

CONFIDENTIAL

Just to keep you in the loop, we just received 3 large claims (premie twins) and then another baby. We just got the 50% notice which was really a done deal. The twins were born 1/31/05 one dc'd 4/05 and the other 6/05 and the other baby born 3/05 dc'd 5/05. Spec is $250,000 but the charges are large. I just got off a conference call with BRMS/Matt and Scott, Tom Gage and Betty Coyle. They are going to look into this and get back to us in a couple of days. Betty is check to see if this is one of the hospitals that we only pay 40% of discounted charges. We can only hope.

Exhibit  P

CONFIDENTIAL



John Lenagh/MutualOMA
08/02/2006 09:55 AM

To  Mark Brewer/MutualOMA@Mutual of Omaha

cc  Betty Coyle/MutualOMA@Mutual of Omaha, Julie-GBS
Moore/MutualOMA@Mutual of Omaha, Carol
Tarkowski/MutualOMA@Mutual of Omaha, Tom

bcc

Subject  Re: Disclosure/Alta Bates

Mark, we agree that a denial is appropriate. We do plan on having some meetings soon and discuss the
whole BRMS situation. This new claim will be added to other recent issues.. thanks for the fyi........
Mark Brewer/MutualOMA



Mark Brewer/MutualOMA
08/01/2006 01:05 PM

To  Betty Coyle/MutualOMA@Mutual of Omaha

cc  John Lenagh/MutualOMA@Mutual of Omaha, Julie-GBS
Moore/MutualOMA@Mutual of Omaha

Subject  Disclosure/Alta Bates

Hi Betty. I'm processing a claim for Alta Bates where there wasn't a disclosure on the 1-1-06 renewal.
Insured in ████ ████. The submission indicates that she was treated for acute renal failure and
hypertension 5-24-05. She was precertified on 8-23-05 for a duplex scan of extremity veins and AV
anastomosis for diagnosis of chronic renal failure. This was to place a hemodialysis shunt. On 11-22-05
she was precertified for a duplex scan of the hemodialysis access again for chronic renal failure.

We didn't receive notice on this individual until 6-9-06.

I had Tricia Swank review the file and she said she would have lasered this individual at $350,000 if they
had been disclosed. The spec deductible is $250,000 and the TPA is requesting $331,000.

Please review and let me know how to proceed in this case. Let me know if you need additional
information.

Thanks.

Mark Brewer
Stop Loss Operation Auditor
Mutual of Omaha
Mutual of Omaha Plaza
Omaha NE 68175
t(402) 351-6540
f(402) 351-1914
Mark.Brewer@Mutualofomaha.com



Exhibit  Q

CONFIDENTIAL

RECEIVED

JUN 0 7 2005

BRMS

BENEFIT RISK MNGEMT
P O BOX 2650
ATTN MEDICAL CLAIMS
RANCHO CORDOVA CA 95741-2650
PAGE: 1 of 1

154627

| Medicare | Medicaid | Champus | Champva | Group | Feca | Other | Insured's I.D. |
|---|---|---|---|---|---|---|---|

Patient Name

JONES, D____ M

Patient's DOB    M  F

Patient's Relationship to Insured
Self  X  Spouse  Child  Other

Insured's Name
JONES, D____ M

SAME

FAIRFIELD          CA

Patient Status:
Single  Married  Other

Emp-
loyer  F/T Student  P/T Student

94533

Condition Related To:

Employment?
Yes  No  X

Auto Accident?
Yes  No  X

Other Accident?
Yes  No  X

Group #

6060
Insured's DOB    08 24 1950    X

SUMMIT HOSP OAKLAN

Is There Another Health Benefit Plan?

Yes  No  X

Signature on File

Date of Current Illness, Injury

09/29/1988

Signature on File

09 29 1988    09 29 1988

Outside Lab?
Yes  No  X

1. _____    3. _____
2. 5849       4. _____

Prior Authorization Number

| 401 Date(s) of Service From | To | Place SVC | Procedure CPT/HCPCS | Modifier | Diagnosis Code | Charges | Units |
|---|---|---|---|---|---|---|---|
| 05242005 | 05242005 | 11 | 1 99213 | | 1,2 | 80.00 | 1 |

| Federal Tax ID | SSN | EIN | Patient's Account No. | | Charges | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 680073248 | | X | A____11954UST | X | 80.00 | 0.00 | 80.00 |

(707) 428-4878

DAVID GILLIAM MD
1620 PENNSYLVANIA AVE C
FAIRFIELD, CA 94533
680073248

DAVID GILLIAM MD
05/26/2005

UNITED-1517

DEPOSITION
EXHIBIT
116
Tarkowski

Case 3:07-cv-04224-JSW   Document   Filed 08/12/2008   Page 42 of 42

584.8 **With other specified pathological lesion in kidney**
AHA: N-D, '85, 1

584.9 **Acute renal failure, unspecified**
AHA:▶4Q, '07, 97◀ 2Q, '05, 18; 2Q, '03, 7; 1Q, 03, 22; 3Q, '02, 21, 28; 2Q, '01, 14; 1Q, '00, 22; 3Q, '96, 9; 4Q, '88, 1

4ᵗʰ 585 **Chronic kidney disease [CKD]**
Chronic uremia
Code first hypertensive chronic kidney disease, if applicable, (403.00-403.91, 404.00-404.93)
Use additional code to identify kidney transplant status, if applicable (V42.0)
Use additional code to identify manifestation as:
uremic:
neuropathy (357.4)
pericarditis (420.0)
AHA: 4Q, '06, 84-86; 4Q, '05, 68, 77; 1Q, '04, 5; 4Q, '03, 61, 111; 2Q, '03, 7; 2Q, '01, 12, 13; 1Q, '01, 3; 4Q, '98, 55; 3Q, '98, 6, 7; 2Q, '98, 20; 3Q, '96, 9; 1Q, '93, 18; 3Q, '91, 8; 4Q, '89, 1; N-D, '85, 15; S-O, '84, 3

585.1 **Chronic kidney disease, Stage I**
DEF: Some kidney damage; normal or slightly increased GFR (> 90).

585.2 **Chronic kidney disease, Stage II (mild)**
DEF: Kidney damage with mild decrease in GFR (60-89).

585.3 **Chronic kidney disease, Stage III (moderate)**
AHA: 4Q, '05, 69
DEF: Kidney damage with moderate decrease in GFR (30-59).

585.4 **Chronic kidney disease, Stage IV (severe)**
DEF: Kidney damage with severe decrease in GFR (15-29).

585.5 **Chronic kidney disease, Stage V**
EXCLUDES    chronic kidney disease, stage V requiring chronic dialysis (585.6)
DEF: Kidney failure with GFR value of less than 15.

585.6 **End stage renal disease**
Chronic kidney disease requiring chronic dialysis
AHA: ▶4Q, '07, 86; 3Q, '07, 5, 9;◀ 4Q, '06, 136; 4Q, '05, 79
DEF: Federal government indicator of a stage V CKD patient undergoing treatment by dialysis or transplantation.

585.9 **Chronic kidney disease, unspecified**
Chronic renal disease
Chronic renal failure NOS
Chronic renal insufficiency
AHA: 2Q, '07, 3; 4Q, '06, 86; 4Q, '05, 79

586 **Renal failure, unspecified**
Uremia NOS
EXCLUDES    following labor and delivery (669.3)
posttraumatic renal failure (958.5)
that complicating:
abortion (634-638 with .3, 639.3)
ectopic or molar pregnancy (639.3)
uremia:
extrarenal (788.9)
prerenal (788.9)
with any condition classifiable to 401 (403.0-403.9 with fifth-digit 1)
AHA: 3Q, '98, 6; 1Q, '93, 18
DEF: Renal failure: kidney functions cease; malfunction may be due to inability to excrete metabolized substances or retain level of electrolytes.
DEF: Uremia: excess urea, creatinine and other nitrogenous products of protein and amino acid metabolism in blood due to reduced excretory function in bilateral kidney disease; also called azotemia.

587 **Renal sclerosis, unspecified**
Atrophy of kidney           Renal:
Contracted kidney              cirrhosis
                               fibrosis
EXCLUDES    nephrosclerosis (arteriolar) (arteriosclerotic) (403.00-403.92)
with hypertension (403.00-403.91)



**Genitourinary System**

Inferior vena cava — Aorta
Right kidney — Left kidney
— Ureter
Anterior division of internal iliac artery — Ovarian or testicular artery and vein
Superior and Inferior vesicular arteries — Urinary bladder
Ureteral orifice — Urogenital diaphragm
Urethra

4ᵗʰ 588 **Disorders resulting from impaired renal function**
588.0 **Renal osteodystrophy**
Azotemic osteodystrophy
Phosphate-losing tubular disorders
Renal:
dwarfism
infantilism
rickets
DEF: Bone disorder that results in various bone diseases such as osteomalacia, osteoporosis or osteosclerosis; caused by impaired renal function, an abnormal level of phosphorus in the blood and impaired stimulation of the parathyroid.

588.1 **Nephrogenic diabetes insipidus**
EXCLUDES    diabetes insipidus NOS (253.5)
DEF: Type of diabetes due to renal tubules inability to reabsorb water; not responsive to vasopressin; may develop into chronic renal insufficiency.

5ᵗʰ 588.8 **Other specified disorders resulting from impaired renal function**
EXCLUDES    secondary hypertension (405.0-405.9)
588.81 **Secondary hyperparathyroidism (of renal origin)**
Secondary hyperparathyroidism NOS
AHA: 4Q, '04, 58-59
DEF: Parathyroid dysfunction caused by chronic renal failure; phosphate clearance is impaired, phosphate is released from bone, vitamin D is not produced, intestinal calcium absorption is low, and blood levels of calcium are lowered causing excessive production of parathyroid hormone.

588.89 **Other specified disorders resulting from impaired renal function**
Hypokalemic nephropathy

588.9 **Unspecified disorder resulting from impaired renal function**

4ᵗʰ 589 **Small kidney of unknown cause**
589.0 **Unilateral small kidney**
589.1 **Bilateral small kidney**
589.9 **Small kidney, unspecified**

## OTHER DISEASES OF URINARY SYSTEM (590-599)

4ᵗʰ 590 **Infections of kidney**
Use additional code to identify organism, such as Escherichia coli [E. coli] (041.4)

5ᵗʰ 590.0 **Chronic pyelonephritis**
Chronic pyelitis
Chronic pyelonephrosis
Code, if applicable, any causal condition first
590.00 **Without lesion of renal medullary necrosis**
590.01 **With lesion of renal medullary necrosis**

5ᵗʰ 590.1 **Acute pyelonephritis**
Acute pyelitis          Acute pyonephrosis
590.10 **Without lesion of renal medullary necrosis**
590.11 **With lesion of renal medullary necrosis**

■■ Additional Digit Required    Unspecified Code    Other Specified Code    Manifestation Code    ▶◀ Revised Text    ● New Code    ▲ Revised Code Title