MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:   916.444.8989

Attorneys for Plaintiff
Alta Bates Summit Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. C 07-4224 JSW (EDL)<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date:　　　　October 17, 2008<br>Time:　　　　9:00 a.m.<br>Courtroom:　Courtroom 2, 17th Floor<br>　　　　　　　450 Golden Gate Ave.<br>　　　　　　　San Francisco, CA<br><br>Hon. Jeffrey S. White |

　　　Plaintiff Alta Bates Summit Medical Center moved the Court to allow plaintiff to amend Complaint in the above-captioned matter. The matter came on regularly for hearing at the above-captioned time and place.

　　　Having considered all moving papers and good cause appearing,

　　　IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

　　　Plaintiffs Alta Bates Summit Medical Center are granted leave to amend their Second Amended Complaint. The Amended Complaint shall be filed no later than _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE

[Proposed] Order　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1122549v1 33802/0004