1  J. Russell Stedman (117130), rstedman@barwol.com
   Travis R. Wall (191662), twall@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California 94108-2713
   Telephone:  (415) 434-2800
4  Facsimile:   (415) 434-2533

5  Attorneys for Defendants
   UNITED OF OMAHA LIFE INSURANCE
6  COMPANY and MUTUAL OF OMAHA
   INSURANCE COMPANY
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 ALTA BATES SUMMIT MEDICAL          )  CASE NO.:  C 07 4224 JSW
   CENTER,                            )
12                                    )
             Plaintiff,               )  **[PROPOSED] ORDER DENYING**
13                                    )  **PLAINTIFF'S MOTION FOR**
       vs.                            )  **ADMINISTRATIVE RELIEF TO**
14                                    )  **MODIFY THE COURT'S CASE**
   UNITED OF OMAHA LIFE INSURANCE     )  **MANGEMENT SCHEDULING ORDER**
15 COMPANY and MUTUAL OF OMAHA        )
   LIFE INSURANCE COMPANY,            )  Courtroom 2, 17th Floor
16                                    )
             Defendants.              )  **The Honorable Jeffrey White**
17                                    )
                                      )
18 _____  )

19
20
21
22
23
24
25
26
27
28

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ADMINSTRATIVE RELIEF

**[PROPOSED] ORDER**

On the administrative motion by plaintiff to modify the case management scheduling order (Docket No. 35), the motion having been submitted and considered:

It is hereby ordered that plaintiff's administrative motion is DENIED.

Dated: _____                              _____

The Honorable Jeffrey White
United States District Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ADMINSTRATIVE RELIEF