IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY, et al.,<br><br>       Defendants.<br>_____ / | No. 07-04224 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE RE PLAINTIFF'S MOTION FOR LEAVE** |

      This matter is set for a hearing on October 17, 2008 on Plaintiff's motion to for leave to file a second amended complaint. The Court HEREBY ORDERS that an opposition to this motion shall be filed by no later than August 27, 2008 and a reply brief shall be filed by no later than September 3, 2008.

      If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: August 13, 2008

                                                        JEFFREY S. WHITE<br>
                                                        UNITED STATES DISTRICT JUDGE