**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTA BATES SUMMIT MEDICAL CENTER,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY, et al.,

    Defendants.

_____/

No. 07-04224 JSW

**ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION**

    The last day for dispostive motions to be heard in the above-captioned matter is September 19, 2008. Plaintiff filed a motion for leave to file a second amended complaint and noticed it to be heard on October 17, 2008. Plaintiff filed an administrative motion seeking to have its motion for leave to amend heard before any motion for summary judgment. The Court HEREBY GRANTS Plaintiff's request.

    The Court will hear Plaintiff's motion for leave to amend on October 17, 2008. The Court VACATES the last day to hear dispositive motions, the pretrial conference, and trial and will reset these dates after the Court resolves Plaintiff's motion for leave to amend.

    **IT IS SO ORDERED.**

Dated: August 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE