MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8989

Attorneys for Plaintiff
Alta Bates Summit Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA LIFE INSURANCE COMPANY,<br><br>    Defendants. | Case No.  C 07-4224 JSW (EDL)<br><br>**ERRATA TO PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S LETTER BRIEF REGARDING REQUESTS FOR PRODUCTION NOS. 17, 51, AND 52**<br><br>Magistrate Judge Elizabeth D. LaPorte |

    Plaintiff respectfully submits the enclosed in the form of an Errata, based on the following: Counsel who drafted Plaintiff's Reply to Defendants' Response to Plaintiff's Letter Brief Regarding Requests for Production Nos. 17, 51, and 52, was working off-site and experienced difficulties with the computer she was working on such that although she thought she had e-mailed the correct version of the reply brief to her office for filing, the version she e-mailed was not the complete and final version.  She realized her error when she arrived at the office and reviewed the brief at approximately 4:15 p.m.  The complete and final version is attached hereto.  Plaintiff therefore requests that the Court consider the attached version, and that it be deemed timely filed.

///

///

///

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct.

4  DATED: August 13, 2008.

Respectfully submitted,

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____
        MARCIA L. AUGSBURGER

Attorneys for Alta Bates Summit Medical Center