MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:   916.444.8989

Attorneys for Plaintiff
Alta Bates Summit Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. C 07-4224 JSW (EDL) <br><br> **STIPULATION RE BRIEFING FOR PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND [PROPOSED] ORDER** <br><br> Date:         October 17, 2008 <br> Time:        9:00 AM <br> Courtroom: 2, 17th Floor <br><br> Hon. Jeffrey S. White |

In view of the Court's Order re Plaintiff's Administrative Motion of August 13, 2008, the Parties hereby agree to the following briefing schedules for Plaintiff's motion for leave to a file second amended complaint, filed and served August 12, 2008 and set for hearing on October 17, 2008; and Plaintiff's motion to compel production of documents, filed and serviced on August 11, 2008 and set for hearing on September 16, 2008:

1.     Plaintiff's counsel, Marcia Augsburger, and Defendants' counsel, Russ Stedman and Travis Wall, will be out of their respective offices during the days each of them would be required to work on oppositions to pending motions in this matter. Mr. Stedman is currently on vacation and will not return to the office until August 26. Mr. Wall has had longstanding travel arrangements and a family vacation scheduled for August 16-26. Ms. Augsburger has commitments to speak at a conference in Chicago, August 22-25, longstanding travel and family vacation arrangements from August 26-October 1, and an all attorney retreat the weekend of September 12, 2008. To

-1-

1  accommodate each other's travel plans and schedules, and other work commitments, the parties have
2  agreed as hereinafter set forth.

3    2.   The Parties agree that the Notice of ECF filing will constitute personal service of all
4  pleadings referred to in this Stipulation.

5    3.   Defendants' opposition to Plaintiff's motion to compel production of documents, set
6  for hearing on September 16, 2008, will be filed and served no later than 11:59 pm on September 3,
7  2008; and Plaintiff's reply brief will be filed and served no later than 11:59 p.m. on September 10,
8  2008.

9    4.   Defendants' opposition to Plaintiff's motion for leave to file a Second Amended
10 Complaint will be filed and served no later than 11:59 p.m. on October 1, 2008; and Plaintiff's reply
11 brief to Defendants' opposition will be filed and served no later than 11:59 p.m. on October 8, 2008.

12   IT IS SO STIPULATED.

13 DATED: 8-14-08            McDONOUGH HOLLAND & ALLEN PC
                             Attorneys at Law
14
15                           By: _____
                                  Marcia L. Augsburger
16                           Attorneys for Plaintiff ALTA BATES SUMMIT
                             MEDICAL CENTER
17

18 DATED: 8-14-08            BARGER & WOLEN LLP
19
                             By: _____
20                                Travis Wall
                             Attorneys for Defendants UNITED OF OMAHA LIFE
21                           INSURANCE COMPANY and MUTUAL OF
                             OMAHA INSURANCE COMPANY

1    PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants' opposition to Plaintiff's motion for leave to file a Second Amended Complaint shall be filed and served no later than 11:59 p.m. on October 1, 2008; and that Plaintiff's reply brief to Defendants' opposition shall be filed and served no later than 11:59 p.m. on October 8, 2008.

DATED:_____

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE