1   MARCIA L. AUGSBURGER (SBN 145686)
    LESLIE C. MURPHY (SBN 227454)
2   McDONOUGH HOLLAND & ALLEN PC
    Attorneys at Law
3   555 Capitol Mall, 9th Floor
    Sacramento, CA  95814
4   Phone: 916.444.3900
    Fax:    916.444.8989
5
    Attorneys for Plaintiff
6   Alta Bates Summit Medical Center

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ALTA BATES SUMMIT MEDICAL       )   Case No.  C 07-4224 JSW (EDL)
    CENTER,                          )
12                                   )   STIPULATION RE BRIEFING FOR
                                     )   PLAINTIFF'S MOTION TO COMPEL AND
                         Plaintiff,  )   [PROPOSED] ORDER
13       v.                          )
                                     )
14  UNITED OF OMAHA LIFE INSURANCE ) Date:      September 16, 2008
    COMPANY; MUTUAL OF OMAHA LIFE ) Time:       2:00 PM
15  INSURANCE COMPANY, et al.,       )   Courtroom:  E, 15th Floor
                                     )
16                      Defendants.  )   Hon. Elizabeth D. Laporte

17

18        In view of the Court's Order re Plaintiff's Administrative Motion of August 13, 2008, the

19   Parties hereby agree to the following briefing schedules for Plaintiff's motion for leave to a file

20   second amended complaint, filed and served August 12, 2008 and set for hearing on October 17,

21   2008; and Plaintiff's motion to compel production of documents, filed and serviced on August 11,

22   2008 and set for hearing on September 16, 2008:

23        1.     Plaintiff's counsel, Marcia Augsburger, and Defendants' counsel, Russ Stedman and

24   Travis Wall, will be out of their respective offices during the days each of them would be required to

25   work on oppositions to pending motions in this matter.  Mr. Stedman is currently on vacation and

26   will not return to the office until August 26. Mr. Wall has had longstanding travel arrangements and

27   a family vacation scheduled for August 16-26.  Ms. Augsburger has commitments to speak at a

28   conference in Chicago, August 22-25, longstanding travel and family vacation arrangements from

Stipulation                                                        1123457v1 33802/0004

1  August 26-October 1, and an all attorney retreat the weekend of September 12, 2008. To

2  accommodate each other's travel plans and schedules, and other work commitments, the parties have

3  agreed as hereinafter set forth.

4      2.      The Parties agree that the Notice of ECF filing will constitute personal service of all

5  pleadings referred to in this Stipulation.

6      3.      Defendants' opposition to Plaintiff's motion to compel production of documents, set

7  for hearing on September 16, 2008, will be filed and served no later than 11:59 pm on September 3,

8  2008; and Plaintiff's reply brief will be filed and served no later than 11:59 p.m. on September 10,

9  2008.

10     4.      Defendants' opposition to Plaintiff's motion for leave to file a Second Amended

11 Complaint will be filed and served no later than 11:59 p.m. on October 1, 2008; and Plaintiff's reply

12 brief to Defendants' opposition will be filed and served no later than 11:59 p.m. on October 8, 2008.

13     IT IS SO STIPULATED.

14 DATED: 8 - 14 - 08                     McDONOUGH HOLLAND & ALLEN PC
                                          Attorneys at Law
15

16                                        By: _____
                                                 Marcia L. Augsburger
17                                        Attorneys for Plaintiff ALTA BATES SUMMIT
                                          MEDICAL CENTER
18

19 DATED: 8 - 14 - 08                     BARGER & WOLEN LLP

20
                                          By: _____
21                                               Travis Wall
                                          Attorneys for Defendants UNITED OF OMAHA LIFE
22                                        INSURANCE COMPANY and MUTUAL OF
                                          OMAHA INSURANCE COMPANY
23

24

25

26

27

28

MHA
McDonough Holland & Allen PC
Attorneys at Law

Stipulation                                                          1123457v1 33802/0004

1    PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY

2 ORDERED that Defendants' opposition to Plaintiff's motion to compel production of documents, set

3 for hearing on September 16, 2008, will be filed and served no later than 11:59 pm on September 3,

4 2008; and Plaintiff's reply brief will be filed and served no later than 11:59 p.m. on September 10,

5 2008.

6 DATED:_____        _____

7                                      Elizabeth D. Laporte
                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MHA
McDonough Holland & Allen PC
Attorneys at Law

Stipulation                                                    1123457v1 33802/0004