1  MARCIA L. AUGSBURGER (SBN 145686)
   LESLIE C. MURPHY (SBN 227454)
2  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
3  555 Capitol Mall, 9th Floor
   Sacramento, CA 95814
4  Phone: 916.444.3900
   Fax:   916.444.8989
5
   Attorneys for Plaintiff
6  Alta Bates Summit Medical Center

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ALTA BATES SUMMIT MEDICAL          )  Case No. C 07-4224 JSW (EDL)
    CENTER,                             )
12                                      )  **STIPULATION RE BRIEFING FOR**
                    Plaintiff,          )  **PLAINTIFF'S MOTION TO COMPEL AND**
13        v.                            )  [PROPOSED] **ORDER**   AS MODIFIED
                                        )
14  UNITED OF OMAHA LIFE INSURANCE )     Date:       September 16, 2008
    COMPANY; MUTUAL OF OMAHA LIFE )     Time:       2:00 PM
15  INSURANCE COMPANY, et al.,          )  Courtroom:  E, 15th Floor
                                        )
16                  Defendants.         )  Hon. Elizabeth D. Laporte

17  _____

18        In view of the Court's Order re Plaintiff's Administrative Motion of August 13, 2008, the

19  Parties hereby agree to the following briefing schedules for Plaintiff's motion for leave to a file

20  second amended complaint, filed and served August 12, 2008 and set for hearing on October 17,

21  2008; and Plaintiff's motion to compel production of documents, filed and serviced on August 11,

22  2008 and set for hearing on September 16, 2008:

23        1.    Plaintiff's counsel, Marcia Augsburger, and Defendants' counsel, Russ Stedman and

24  Travis Wall, will be out of their respective offices during the days each of them would be required to

25  work on oppositions to pending motions in this matter. Mr. Stedman is currently on vacation and

26  will not return to the office until August 26. Mr. Wall has had longstanding travel arrangements and

27  a family vacation scheduled for August 16-26. Ms. Augsburger has commitments to speak at a

28  conference in Chicago, August 22-25, longstanding travel and family vacation arrangements from

-1-

Stipulation                                                              1123457v1 33802/0004

August 26-October 1, and an all attorney retreat the weekend of September 12, 2008. To accommodate each other's travel plans and schedules, and other work commitments, the parties have agreed as hereinafter set forth.

2. The Parties agree that the Notice of ECF filing will constitute personal service of all pleadings referred to in this Stipulation.

3. Defendants' opposition to Plaintiff's motion to compel production of documents, set for hearing on September 16, 2008, will be filed and served no later than 11:59 pm on September 3, 2008; and Plaintiff's reply brief will be filed and served no later than 11:59 p.m. on September 10, 2008.

4. Defendants' opposition to Plaintiff's motion for leave to file a Second Amended Complaint will be filed and served no later than 11:59 p.m. on October 1, 2008; and Plaintiff's reply brief to Defendants' opposition will be filed and served no later than 11:59 p.m. on October 8, 2008.

IT IS SO STIPULATED.

DATED: 8-14-08

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____
Marcia L. Augsburger
Attorneys for Plaintiff ALTA BATES SUMMIT MEDICAL CENTER

DATED: 8-14-08

BARGER & WOLEN LLP

By: _____
Travis Wall
Attorneys for Defendants UNITED OF OMAHA LIFE INSURANCE COMPANY and MUTUAL OF OMAHA INSURANCE COMPANY

1  PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY
2  ORDERED that Defendants' opposition to Plaintiff's motion to compel production of documents, set
3  for hearing on September 16, 2008, will be filed and served no later than 11:59 pm on September 3,
4  2008; and Plaintiff's reply brief will be filed and served no later than 11:59 p.m. on September 10, 8
5  2008.
6  DATED: August 15, 2008



Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte