1  MARCIA L. AUGSBURGER (SBN 145686)
   LESLIE C. MURPHY (SBN 227454)
2  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
3  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
4  Phone: 916.444.3900
   Fax:    916.444.8989
5
   Attorneys for Plaintiff
6  Alta Bates Summit Medical Center

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ALTA BATES SUMMIT MEDICAL CENTER, | ) | Case No. C 07-4224 JSW (EDL) |
|---|---|---|---|
| 12 | | ) | **ERRATA RE STIPULATION RE BRIEFING SCHEDULES AND ORDER THEREON** |
| | Plaintiff, | ) | |
| 13 | v. | ) | |
| | | ) | |
| 14 | UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA LIFE INSURANCE COMPANY, et al., | ) | Hon. Jeffrey S. White |
| 15 | | ) | |
| 16 | Defendants. | ) | |

17      Upon receipt of the Court's Order on the above-captioned stipulation, Plaintiff's counsel

18 realized, to her great embarrassment, that she had put the wrong dates in the stipulation regard her

19 speaking engagement and vacation schedule (Stipulation Re Briefing Schedules and Order Thereon,

20 p. 1, lines 26-28).  Although Plaintiff is prepared to live with the consequences of her error, it may

21 become important to clarify for the record that Ms. Augsburger's speaking commitment is

22 **September 22-25**, and her family vacation is **September 26-October 1, 2008.**  The date of the all-

23 attorney retreat (conference) is correct, September 12, 2008.  These are the dates Ms. Augsburger

24 provided to Mr. Wall initially, which led to the agreement they stated in the Stipulation.

25 ///

26 ///

27 ///

28 ///

1 | I declare under penalty of perjury under the laws of the State of California that the foregoing
2 | is true and correct.

Respectfully submitted,

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____
MARCIA L. AUGSBURGER

Attorneys for Alta Bates Summit Medical Center