MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:    916.444.8989

Attorneys for Plaintiff
Alta Bates Summit Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>　　　　　　Plaintiff,<br>　v.<br>UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　　Defendants. | Case No. C 07-4224 JSW (EDL)<br><br>**ERRATA RE STIPULATION RE BRIEFING SCHEDULES AND ORDER THEREON**<br><br>Magistrate Judge Elizabeth D. Laporte |

Upon receipt of the Court's Order on the above-captioned stipulation, Plaintiff's counsel realized, to her great embarrassment, that she had put the wrong dates in the stipulation regard her speaking engagement and vacation schedule (Stipulation Re Briefing Schedules and Order Thereon, p. 1, lines 26-28). Although these dates have no bearing on the Court's minor change to the date on which Plaintiff's reply is due, it may become important to clarify for the record that Ms. Augsburger's speaking commitment is **September 22-25**, and her family vacation is **September 26-October 1, 2008**. (The date of the all-attorney retreat (conference) is correct, September 12, 2008.) These are the dates Ms. Augsburger provided to Mr. Wall initially, which led to the agreement they stated in the Stipulation.

///

///

///

1   I declare under penalty of perjury under the laws of the State of California that the foregoing
2   is true and correct.

Respectfully submitted,

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____
    MARCIA L. AUGSBURGER

Attorneys for Alta Bates Summit Medical Center