# BARGER & WOLEN LLP

TRAVIS R. WALL
(415) 743-3738
twall@barwol.com

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

PLEASE REFER TO
OUR FILE NUMBER:
9691.034

August 28, 2008

Magistrate Judge Elizabeth D. Laporte
United States District Court,
Northern District of California
Courtroom E, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3483

Re:   *Alta Bates Summit Medical Center v. United of Omaha Life Insurance Co.*
      U.S.D.C. N.D. Cal., Case No. C 07-4224 JSW (EDL)
      Report to Court Pursuant to August 15, 2008 Discovery Order (Doc. No. 65)

Dear Judge Laporte:

      Defendants United of Omaha Life Insurance Company and Mutual of Omaha Insurance Company submit this letter pursuant to the court's August 15, 2008 discovery order. The order required defendants to inform the court as to the number of stop loss policies issued in California in 2005 and 2006. This information relates to plaintiff's request for production number 51, which originally requested copies of all policies issued in California. The court requested a response by August 22, 2008. Defendants apologize for the delay. Defendants' attorneys were on vacation last week, and the deadline was inadvertently missed.

      Request No. 51 has been narrowed to seek information related to the form of policies issued to policyholders other than Alta Bates in California in 2005 and 2006. As set forth in plaintiff's letter briefs to the court, plaintiff is no longer demanding the production of all California policies, just a declaration confirming that the disclosure language in the other policies was the same as in the Alta Bates policies.

      United of Omaha issued 105 stop loss policies to California insureds in 2005 and 2006. Mutual of Omaha did not issue a stop loss policy to any insured in any state during this period. Defendants have confirmed that the language in the other United policies pertaining to disclosures and the consequences due to a failure to disclose was the same as the language in the Alta Bates policies in 2005 and 2006. All California policies included the same definition of Eligible Loss, the same exclusion for medical expenses related to individuals who were not disclosed, the same Misstated Data provision, and the same Select Risk Questionnaire.

BARGER & WOLEN LLP

Magistrate Judge Elizabeth D. Laporte.
August 28, 2008
Page 2

Defendants intend to serve a declaration to this effect.

Respectfully submitted,

TRAVIS R. WALL
For the Firm

cc: Marcia Augsburger, Esq. (by e-file)