1  J. Russell Stedman (117130), rstedman@barwol.com
   Travis R. Wall (191662), twall@barwol.com
2  BARGER & WOLEN LLP
   650 California Street, 9th Floor
3  San Francisco, California  94108-2713
   Telephone:  (415) 434-2800
4  Facsimile:   (415) 434-2533

5  Attorneys for Defendants
   UNITED OF OMAHA LIFE INSURANCE
6  COMPANY and MUTUAL OF OMAHA
   INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER, | CASE NO.:  C 07 4224  JSW (EDL) |
| Plaintiff, | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL FURTHER REPSONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS NOS. 24 AND 63** |
| vs. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY and MUTUAL OF OMAHA LIFE INSURANCE COMPANY, | |
| Defendants. | Date:       September 16, 2008<br>Time:       2:00 PM<br>Courtroom: E, 15th Floor |
| | The Honorable Judge Elizabeth D. Laporte |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

[PROPOSED] ORDER

# [PROPOSED] ORDER

On the motion by plaintiff to compel the production of documents in response to Request for Production Nos. 24 and 63, (Docket No. 41), the motion having been submitted and considered:

It is hereby ordered that plaintiff's motion to compel is DENIED.

Dated: _____                              _____

The Honorable Elizabeth D. Laporte
United States Magistrate Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1
[PROPOSED] ORDER