MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:   916.444.8989

Attorneys for Plaintiff
Alta Bates Summit Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTA BATES SUMMIT MEDICAL CENTER,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA LIFE INSURANCE COMPANY, et al.,

    Defendants.

CASE NO. C 07 4224 JSW (EDL)

**EX PARTE APPLICATION AND STIPULATION FOR ORDER REMOVING AND REPLACING, OR, IN THE ALTERNATIVE SEALING, A DOCUMENT CONTAINED WITHIN THE COURT FILE, AND ORDER THEREON**

Plaintiff Alta Bates Summit Medical Center ("Plaintiff" or "ABSMC") hereby petitions the court for an order that a document contained within this court's file in the above-captioned matter be removed and replaced with a redacted portion of the document or, in the alternative, that the document be sealed. The document is attached as Exhibit G to the Declaration of Leslie C. Murphy in Support of Motion to Compel Further Responses to Plaintiff's Request for Production of Documents ("Murphy Dec."). Counsel for Defendants United of Omaha Life Insurance Company and Mutual of Omaha Life Insurance Company (collectively "Defendants" or "Mutual") hereby stipulate to the requested order. This application is made on the following grounds:

1. On August 11, 2008, ABSMC filed a Motion to Compel Further Responses to Plaintiff's Request for Production of Documents in the above-captioned matter. Accompanying the Motion to Compel was the Murphy Dec., which includes an e-mail dated August 23, 2005, attached

as Exhibit G ("August 23, 2005 e-mail"). Despite Plaintiff's efforts to redact identifiable patient information, the August 23, 2005 e-mail may disclose health information protected under 45 C.F.R sections 164.502 (HIPAA) and/or state law, including California Civil Code sections 56 through 56.37. Defendants contend that Plaintiff's counsel's efforts to redact individually identifiable patient information on the August 23, 2005, were insufficient, and that despite Plaintiff's redactions, the e-mail contains individually identifiable patient information. Plaintiff wishes to ensure full redaction and to avoid any appearance of impropriety.

2. Defendants and Plaintiff agree that to avoid potential disclosure of protected health information and ensure its confidentiality, the August 23, 2005, e-mail should be removed and replaced, or sealed.

**FOR THE FOREGOING REASONS, ABSMC and Mutual respectfully request, by and through their attorneys, that the court remove the current Exhibit G from Murphy Dec. and destroy it, and that the court replace Exhibit G with the redacted version attached hereto as Exhibit 1.**

IN THE ALTERNATIVE, the parties request that the court seal the August 23, 2005, email that is currently attached as Exhibit G to Murphy Dec., and take whatever steps are necessary to protect said document from disclosure to anyone other than this Court, as necessary to consider the motion at issue.

**IT IS SO STIPULATED.**

Dated: September 5, 2008

McDONOUGH, HOLLAND & ALLEN PC
Attorneys at Law

By: /s/ MARCIA L. AUGSBURGER

Attorneys for Plaintiff Alta Bates Medical Center

///
///
///

*(Signatures Continued)*

1  Dated: ~~March~~ September 8, ~~2001~~ 2008        BARGER & WOLEN, LLP

3                                                    By: _____
                                                         TRAVIS R. WALL

                                                     Attorneys for Defendants

7       IT IS SO ORDERED:

8  Dated:_____            _____
                                                JUDGE OF THE UNITED STATES DISTRICT
                                                    COURT, NORTHERN DISTRICT OF
                                                              CALIFORNIA

MHA
McDonough Holland & Allen PC
Attorneys at Law

1128876v1 33802/0004

-3-