# Exhibit 1

CONFIDENTIAL



Betty Coyle/Mutual/OMA
08/23/2005 01:39 PM

To: Joyce Mumm/MutualOMA
cc:
bcc:
Subject: Re: Alta Bates

Joyce, don't you also need info on ▓▓▓▓▓▓▓ (he was #12 on the "STR" Case Management report) and preemie ▓▓▓▓▓▓▓ (#15)?

Betty Coyle Roberts
Underwriting Consultant
Stop Loss Underwriting
Phone (402) 351-5815
Fax (402) 351-5976

Joyce Mumm/MutualOMA

Joyce Mumm/MutualOMA
08/23/2005 01:12 PM

To: MarkL@bmsonline.com
cc: MattS@bmsonline.com, Betty Coyle/MutualOMA@Mutual of Omaha, Peggy McColley/MutualOMA@Mutual of Omaha
Subject: Alta Bates

Mark,
Please send case management notes with dx(s) dates, tx hx, tx plan, and claims paid to date for the following claimants. Please include relevant information such as whether the PPO or a negotiated rate/contract will be pursued for the transplants.



Joyce Mumm, Care Services Coordinator
Stop Loss Medical Management
direct: (402) 351-8046
fax: (402) 351-1914



DEPOSITION EXHIBIT
68
Swank
6-25-08

UNITED-3524

CONFIDENTIAL                                           REDACTED

### "STR" CASE MANAGEMENT

August 17, 2005

Alta Bates:
1. ▓▓▓▓▓; Liver & Kidney Disease. Patient expired on 6/7/05
2. ▓▓▓▓▓ (Twins girls born on 1/31/05 at 26 5/7 weeks) ▓▓▓ & ▓▓▓ are still being followed and are in case management.
3. ▓▓▓▓▓; Nasopharyngeal CA. Patient is receiving chemo and radiation for disease as of July 05, remains in active case management
4. ▓▓▓▓▓; Surgical management of unilateral craniosynostosis w/new onset of papilledema, remains in active case management.
5. ▓▓▓▓▓; Uterine leiomyoma,? Breast cancer, patient remains in active case management.
6. ▓▓▓▓▓; HIV, patient remains in active case management.
7. ▓▓▓▓▓; Squamous cell carcinoma left tonsil, remains in active case management.
8. ▓▓▓▓▓; Lung CA, remains active case management.
9. ▓▓▓▓▓; Multiple Myeloma, remains active case management.
10. ▓▓▓▓▓; Lung CA, remains in active case management.
11. ▓▓▓▓▓; Ovarian CA, remains in active case management
12. ▓▓▓▓▓; History of Renal failure and emphysema, not currently being managed.
13. ▓▓▓▓▓; Breast CA, remains in active case management.
14. ▓▓▓▓▓; Metastatic Disease, remains in active case management.
15. ▓▓▓▓▓(Premature baby-▓▓▓▓▓) remains in active case management.
16. ▓▓▓▓▓; End Stage Renal Disease, on transplant list. Remains in active case management. *
17. ▓▓▓▓▓; (Premature baby-▓▓▓▓▓), remains active case management.
18. ▓▓▓▓▓; Spinal tumor resection in July 05, remains in active case management.
19. ▓▓▓▓▓; Recto sigmoid CA-Chemo started in July 05, remains in active case management.
20. ▓▓▓▓▓; Chronic renal failure, is on dialysis. Patient has not been placed on a transplant list as of this date. Remains in active case management. *
21. ▓▓▓▓▓ Chronic Hepatitis C, genotype 1a. Stage III liver disease, place on transplant list at CPMC on 8/12/05. *

*Patient is on transplant list or may be placed on transplant list in the future.

UNITED-3532

CONFIDENTIAL                                           REDACTED

UNITED-3533