MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:    916.444.8989

Attorneys for Plaintiff
Alta Bates Summit Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>            Plaintiff,<br>v.<br>UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA LIFE INSURANCE COMPANY, et al.,<br><br>            Defendants. | Case No. C 07-4224 JSW (EDL)<br><br>**DECLARATION OF LESLIE C. MURPHY IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER REPONSES** |

I, Leslie C. Murphy, declare:

1. I am an attorney licensed to practice law before all courts of the State of California. I am an associate with McDonough Holland & Allen PC, representing Alta Bates Summit Medical Center. This declaration is made and based upon facts personally known to me, and if called upon as a witness to do so, I could and would competently testify as to their truth.

2. Attached hereto as **Exhibit A** are true and correct copies of portions of the transcript of Carol Tarkowski deposition, taken June 27, 2008.

3. Attached hereto as **Exhibit B** are true and correct copies of portions of the transcript of Patricia Swank deposition, taken June 25, 2008.

///

///

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct. This declaration was executed on September 8, 2008, at Sacramento, California.

_____
Leslie C. Murphy