1  MARCIA L. AUGSBURGER (SBN 145686)
   LESLIE C. MURPHY (SBN 227454)
2  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
3  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
4  Phone: 916.444.3900
   Fax:    916.444.8989
5
   Attorneys for Plaintiff
6  Alta Bates Summit Medical Center

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ALTA BATES SUMMIT MEDICAL      )  Case No.  C 07-4224 JSW
   CENTER,                         )
12                                 )  **ERRATA TO PLAINTIFF'S MOTION FOR
                   Plaintiff,      )  LEAVE TO FILE SECOND AMENDED
13     v.                          )  COMPLAINT**
                                   )
14 UNITED OF OMAHA LIFE INSURANCE  )  DATE:         October 17, 2008
   COMPANY; MUTUAL OF OMAHA LIFE   )  TIME:         9:00 A.M.
15 INSURANCE COMPANY,              )  COURTROOM:    2, 17th Floor
                                   )
16                 Defendants.     )
                                   )  Hon. Jeffery S. White
17 _____  )

18         Plaintiff respectfully submits the attached [Proposed] Second Amended Complaint for
19 Breach of Contract, Tortious Breach of Implied Covenant of Good Faith and Fair Dealing; Bad
20 Faith; Breach of Fiduciary Duty; and Unfair Business Practices ("SAC") in the form of an Errata to
21 Plaintiff's Motion For Leave To File Second Amended Complaint ("Motion for Leave to Amend")
22 based on the following:
23         1.      Plaintiff's counsel inadvertently omitted to file the SAC with the Motion for Leave to
24 Amend.  The SAC had been prepared for filing with the moving papers, and Plaintiff's counsel
25 erroneously believed the proposed SAC was electronically filed with the Motion for Leave to
26 Amend and supporting declarations.  In fact, the Motion for Leave to Amend includes a reference to
27 the proposed SAC accompanying the Motion.  *See* Motion for Leave to Amend, 15:17-18 ("Plaintiff
28 respectfully requests the Court to grant this Motion to file the SAC and file the proposed SAC



-1-

1  accompanying this Motion."). However, when Defendants filed their Opposition to the Motion for
2  Leave to Amend on September 9, 2008, Plaintiff learned for the first time that the SAC was not filed
3  with the Motion to Amend. The failure to file the SAC with the motion was due to an oversight by
4  the undersigned counsel during the compilation of pleading for finalizing.

5      2.    At no time did Defendants' counsel complain, request a copy, or suggest Defendants
6  suffered any prejudice as a result of the omission.

7      3.    Upon reading Defendant's Opposition to the Motion for Leave to Amend and learning
8  of the error, Plaintiff's counsel immediately contacted Defendants' counsel, providing a copy of the
9  SAC and offering to cure any prejudice.

10     4.    The proposed SAC is attached hereto as Exhibit A.

11 I declare under penalty of perjury under the laws of the United States of America that the
12 foregoing is true and correct.

14 DATED: September 10, 2008.

15                                                 Respectfully submitted,

16                                                 McDONOUGH HOLLAND & ALLEN PC
17                                                 Attorneys at Law

19                                         By: _____
                                               MARCIA L. AUGSBURGER

20                                                Attorneys for Alta Bates Summit Medical Center


McDonough Holland & Allen PC
Attorneys at Law

Errata to Motion for Leave to File Second Amended Complaint           1129700v2 33802/0004