Exhibit A

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2

 3     ALTA BATES SUMMIT MEDICAL   )
       CENTER,                     )
 4                                 )
            Plaintiff,             )
 5                                 )
                        -vs-       ) Case#C07-4224 JSW
 6                                 )
       UNITED OF OMAHA LIFE        )
 7     INSURANCE COMPANY, et al.,  )
                                   )        DEPOSITION
 8          Defendants.            )
       _____)
 9

10

11              *** CONFIDENTIAL ***

12

13     DEPOSITION OF PATRICIA SWANK

14              Deposition of PATRICIA SWANK, taken

15     on behalf of the Plaintiff, at Erickson &

16     Sederstrom, 10330 Regency Parkway Drive,

17     Suite 100, Omaha, Nebraska, beginning at

18     3:05 p.m., Wednesday, June 25, 2008, before

19     Bobbi M. Randall, RPR, CSR, a General Notary

20     Public within and for the State of Nebraska,

21     pursuant to Notice.

22

23            BOBBI M. RANDALL, RPR, CSR
          MATHESON-TAULBORG-DENNEY-SCHLEIFE
24           7602 Pacific Street, LL101
                  Omaha, NE  68114
25                (402) 397-9669        ORIGINAL
```

1                    APPEARANCES

2        For the Plaintiff:

3        MARCIA L. AUGSBURGER
         LESLIE C. MURPHY
4        Attorneys at Law
         Ninth Floor
5        555 Capitol Mall
         Sacramento, CA  95814
6
         For the Defendants:
7
         TRAVIS WALL
8        Attorney at Law
         Ninth Floor
9        650 California Street
         San Francisco, CA  94108
10
         DAVID A. BARRON
11       Attorney at Law
         Mutual of Omaha Plaza
12       Omaha, NE  68175

13                     INDEX

14
         PATRICIA SWANK                        Page
15
         Direct Examination by Ms. Murphy         4
16
         Certificate                           143
17

18       EXHIBITS:                           Marked

19       66 - August 23, 2005, email from J. Mumm    41

20       67 - August 23, 2005, email from J. Mumm    44

21       68 - August 2005 email string           46

22       69 - August 23, 2005, email from B. Coyle   48

23       70 - September 2005 email string         49

24       71 - September 2005 email string         53

25       72 - September 15, 2005, email from
              P. Swank                          56

1    renewal.

2        Q    When you took over on the renewal, what

3    documentation did you receive from Joyce Mumm?

4        A    She gave me her case management files.

5        Q    That's her hard copy file?

6        A    Correct.

7        Q    Did she also have a computer file?

8        A    No.

9        Q    So all of the information you would have

10   would be in the case management file?

11       A    Correct.

12       Q    Okay.  And did you provide all of that

13   to Mr. Wall?

14       A    They took my files, all of my BRMS files

15   a long time ago.

16       Q    I assume that's correct?

17            MR. WALL:  Yeah, we've -- we have

18       produced the BRMS files.

19       Q    (By Ms. Murphy)  Okay.  If you could

20   look at the next paragraph there about the

21   electronic file, and she's talking about not

22   matching the current plan of 15/12.  Do you know

23   what she was referencing there?

24       A    I think she was referring to the -- the

25   current year, the plan for the current year.

DIRECT - P. SWANK (Murphy) - CONFIDENTIAL        139

1    but I managed to bring only one copy of the

2    document because we didn't copy them all.  Is it

3    okay if I have you guys look at it?  The

4    highlighting is not yours.  And then we'll have it

5    attached so we don't have to come back for this

6    one document.

7              MR. WALL:  Yeah.

8              MS. MURPHY:  I tried to use the copy

9         machine but -- the court reporter will make

10        copies of the document tonight.

11             MR. WALL:  Let me see, I might have it.

12        I don't think I do, though.  No, I don't have

13        a copy.

14             MS. MURPHY:  Okay.  So can I have this

15        marked as next in order.

16             (Exhibit No. 88 was marked for

17        identification.)

18        Q    (By Ms. Murphy)  I'm sorry, Ms. Swank,

19   I'm going to have you read it since I don't have a

20   copy.

21        A    Both?

22        Q    No, just the first email, which is the

23   one further down.  Can you first give us who the

24   email is to and from and the date?

25        A    It is to Betty Coyle, cc to John Lenagh,

1    Julie Moore.

2        Q    And if you could read slowly, because

3    she's going to take it down.

4        A    It's from Mark Brewer 8/1/06, Hi, Betty,

5    I'm processing a claim for Alta Bates where there

6    wasn't a disclosure on the 1/1/06 renewal, insured

7    is D███ J███.  The submission indicates that she

8    was treated for acute renal failure and

9    hypertension 5/24/05.  She was precertified on

10   8/23/05 for a duplex scan of extremity veins and

11   AV anastomosis for diagnosis of chronic renal

12   failure.  This was to place a hemodialysis shunt.

13   On 11/22/05 she was precertified for a duplex scan

14   of the hemodialysis access, again for chronic

15   renal failure.  We didn't receive notice on this

16   individual until 6/9 of '06.  I had Tricia Swank

17   review the file and she said she would have

18   lasered this individual at 350,000 if it had been

19   disclosed.  The spec deductible is $250,000 and

20   the TPA is requesting 331,000.  Please review and

21   let me know how to proceed in this case.  Let me

22   know if you need additional information.  Thanks.

23       Q    Do you recall Mark asking you to review

24   D███ J███?

25       A    I recall him coming over and asking to

DIRECT - P. SWANK (Murphy) - CONFIDENTIAL      141

1    discuss.

2         Q    Do you recall telling him that you would

3    have lasered her at 350?

4         A    No, I don't remember.

5         Q    Do you recall reviewing her file?

6         A    No, I don't.

7         Q    Where he says that you would have

8    reviewed her file, what file is he referencing?

9         A    The case management file.

10         Q    And that's the file that you maintain?

11         A    Correct.

12         Q    Okay.  Do you agree with that statement

13    that Mr. Brewer made?

14              MR. WALL:  Which statement are you

15         talking about?

16         Q    (By Ms. Murphy)  Do you agree that

17    Mr. Brewer's statement there, that if you had

18    known about her, you would have lasered her in at

19    350?     .

20         A    I don't recall the discussion, but that

21    is obviously what I said to him at that time.

22         Q    Do you have any reason to believe that

23    that statement was not an accurate representation

24    of what you told him?

25         A    No.

144

```
1           IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
2

3     ALTA BATES SUMMIT MEDICAL   )
      CENTER,                     )
                                  )
4           Plaintiff,            )
                                  )
5                      -vs-       ) Case#C07-4224 JSW
                                  )
6     UNITED OF OMAHA LIFE        )
      INSURANCE COMPANY, et al.,  )
7                                 )          CERTIFICATE
            Defendants.           )
8     _____)

9

10      CERTIFICATE OF DEPOSITION OF PATRICIA SWANK

11

12                          Taken in behalf of
                            the Plaintiff.
13
      Date:  June 25, 2008
14
      The Original Deposition is
15    in the possession of:

16
      MARCIA L. AUGSBURGER
17    Attorney at Law
      Ninth Floor
18    555 Capitol Mall
      Sacramento, CA  95814
19
      Costs:  $994.00
20

21

22    BOBBI M. RANDALL, RPR, CSR
      GENERAL NOTARY PUBLIC
23
      DATE:  July 14, 2008
24

25
```

GENERAL NOTARY-State of Nebraska
BOBBI M. RANDALL
My Comm. Exp. April 12, 2012

Exhibit B

Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod                                    Page 1 of 4

## Leslie Murphy

| | |
|---|---|
| **From:** | Marcia L. Augsburger |
| **Sent:** | Thursday, July 17, 2008 6:41 PM |
| **To:** | 'Wall, Travis R.' |
| **Cc:** | Leslie Murphy; Tina Gravel |

**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

I'm confused. I was looking at Mutual's responses, and the response to 37 only stated objections - nothing more. You said you believe Mutual would supplement the response to state that there are no responsive documents. Please advise asap.

Re 38: This one is fine because the response states that there are no responsive documents.

Re 51: If true, Mutual will supplement to state that the language regarding disclosures and denials contained within the policies requested is identical to the language in the 2006 ABSMC policy. Please advise asap.

Re 52: If true, Mutual will supplement to state that there were no denials since 2003. Please advise asap.

That leaves only 35-38 (articles, bilaws, etc.) and 47-50 (P&Ls). You made it clear that Mutual will not produce responsive documents absent a court order, because Mutual does not believe responsive documents are relevant.

You also noted that that Mutual/United have not produced case management files on all ABSMC employees for whom claims were made, but instead only produced documents Mutual/United received from BRMS. You contend case management files are not relevant. We agreed we would supplement our pending letter to the Court to address this issue.

You confirmed that Mutual/United will not stipulate to permit us to amend the complaint. We will work on a motion to amend.

Finally, in response to a question from me, you indicated that you intend to file a motion for summary judgment relating to Mutual's liability. However, you have not provided me with any details and we have not met and conferred about any such motion.

Thank you.

*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone: 916-325-4589
Fax: 916-444-8989

**Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at**

Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod                    Page 2 of 4

helpdesk@mhalaw.com, or by telephone at (916) 444-3900.  Thank you.


**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Thursday, July 17, 2008 1:55 PM
**To:** Marcia L. Augsburger; Leslie Murphy
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

Marcia:

I reviewed our copy of United's intial responses. United provides a response to Req. No. 37.  I think you were looking at the Mutual response.  Mutual did not provide a response to that request.  I don't know the answer as to Mutual or whether my client will provide any supplemental response.  However, it is my understanding that it is a mutual insurance company, which technically are owned by their policyholders.

Travis

> **From:** Marcia L. Augsburger [mailto:maugsburger@mhalaw.com]
> **Sent:** Thursday, July 17, 2008 1:16 PM
> **To:** Wall, Travis R.
> **Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod
>
> Ok - Please call us when you return -- 916-325-4589
>
>
> *Marcia L. Augsburger, Esq.*
> McDonough Holland & Allen PC
> 555 Capitol Mall
> Sacramento, CA 95814
> Phone:  916-325-4589
> Fax:  916-444-8989
>
> **Confidentiality Notice:  This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication.  If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900.  Thank you.**
>
>
>
> **From:** Wall, Travis R. [mailto:twall@barwol.com]
> **Sent:** Thursday, July 17, 2008 1:13 PM
> **To:** Marcia L. Augsburger; Leslie Murphy
> **Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod
>
> I am stepping away from my desk for a few minutes.  I will be ready by 1:15.
>
> Travis
>
> > **From:** Marcia L. Augsburger [mailto:maugsburger@mhalaw.com]

**Sent:** Thursday, July 17, 2008 1:01 PM
**To:** Wall, Travis R.; Leslie Murphy
**Cc:** Colich, Donielle M.; Fernandez, Margarita
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

I need about 10 minutes before our call - sorry.


*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone: 916-325-4589
Fax: 916-444-8989

**Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.**




**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Tuesday, July 15, 2008 4:32 PM
**To:** Marcia L. Augsburger; Leslie Murphy
**Cc:** Colich, Donielle M.; Fernandez, Margarita
**Subject:** Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod


<<Untitled.PDF>>

Marcia and Leslie:

Attached are Mutual's supplemental responses to the first set of document requests. As I stated in a previous e-mail, this response incorporates an additional document production we will be making this week.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received

this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.  Thank you.

Exhibit C

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Friday, July 18, 2008 11:01 AM |
| **To:** | Marcia L. Augsburger |
| **Cc:** | Leslie Murphy; Tina Gravel; Kiel, Linda |
| **Subject:** | RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod |

Marcia:

I was talking about United not Mutual with respect to No. 37. Mutual of Omaha is a mutual insurance company, meaning that it is owned by its policyholders. Thus, every time a policy is sold or cancelled, there technically is a change of ownership. Mutual will not provide a response to that request.

On 51, defendants will supplement their responses to confirm that all SLQ's for stop loss policies were the same for policy years 2005 and 2006. Prior to that United used a different form, as you are aware.

On 52, defendants will supplement to state that there have been no denials since 2003.

You misrepresented my statements concerning the case management files and what defendants have produced. I told you that defendants have produced all BRMS files. Thus, if a department or person maintained a file specific to BRMS, we produced it. We have not agreed to produce every document in defendants' files that may have come from BRMS, which would be an impossible task. We have not agreed to produce the case management files since they are not relevant to any issue in dispute. If your clients can make a showing that files involving a particular patient are potentially relevant to an issue in dispute, we will consider the production of documents related to that person. But we will not agree to a wholesale production of all case management files.

As for the motion for summary judgment, I am not aware of a meet and confer requirement for such motions. If there is, we will certainly talk. The deadline for filing is not until mid August.

Travis


**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.**


**From:** Marcia L. Augsburger [mailto:maugsburger@mhalaw.com]
**Sent:** Thursday, July 17, 2008 6:41 PM

Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod                                    Page 2 of 5

**To:** Wall, Travis R.
**Cc:** Leslie Murphy; Tina Gravel
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

I'm confused. I was looking at Mutual's responses, and the response to 37 only stated objections - nothing more. You said you believe Mutual would supplement the response to state that there are no responsive documents. Please advise asap.

Re 38: This one is fine because the response states that there are no responsive documents.

Re 51: If true, Mutual will supplement to state that the language regarding disclosures and denials contained within the policies requested is identical to the language in the 2006 ABSMC policy. Please advise asap.

Re 52: If true, Mutual will supplement to state that there were no denials since 2003. Please advise asap.

That leaves only 35-38 (articles, bilaws, etc.) and 47-50 (P&Ls). You made it clear that Mutual will not produce responsive documents absent a court order, because Mutual does not believe responsive documents are relevant.

You also noted that that Mutual/United have not produced case management files on all ABSMC employees for whom claims were made, but instead only produced documents Mutual/United received from BRMS. You contend case management files are not relevant. We agreed we would supplement our pending letter to the Court to address this issue.

You confirmed that Mutual/United will not stipulate to permit us to amend the complaint. We will work on a motion to amend.

Finally, in response to a question from me, you indicated that you intend to file a motion for summary judgment relating to Mutual's liability. However, you have not provided me with any details and we have not met and conferred about any such motion.

Thank you.

*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone: 916-325-4589
Fax: 916-444-8989

**Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.**

8/11/2008

**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Thursday, July 17, 2008 1:55 PM
**To:** Marcia L. Augsburger; Leslie Murphy
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

Marcia:

I reviewed our copy of United's intial responses. United provides a response to Req. No. 37. I think you were looking at the Mutual response. Mutual did not provide a response to that request. I don't know the answer as to Mutual or whether my client will provide any supplemental response. However, it is my understanding that it is a mutual insurance company, which technically are owned by their policyholders.

Travis

> **From:** Marcia L. Augsburger [mailto:maugsburger@mhalaw.com]
> **Sent:** Thursday, July 17, 2008 1:16 PM
> **To:** Wall, Travis R.
> **Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod
>
> Ok - Please call us when you return -- 916-325-4589
>
>
> *Marcia L. Augsburger, Esq.*
> McDonough Holland & Allen PC
> 555 Capitol Mall
> Sacramento, CA 95814
> Phone: 916-325-4589
> Fax: 916-444-8989
>
> **Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.**
>
>
>
> **From:** Wall, Travis R. [mailto:twall@barwol.com]
> **Sent:** Thursday, July 17, 2008 1:13 PM
> **To:** Marcia L. Augsburger; Leslie Murphy
> **Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod
>
> I am stepping away from my desk for a few minutes. I will be ready by 1:15.
>
> Travis
>
>> **From:** Marcia L. Augsburger [mailto:maugsburger@mhalaw.com]
>> **Sent:** Thursday, July 17, 2008 1:01 PM
>> **To:** Wall, Travis R.; Leslie Murphy
>> **Cc:** Colich, Donielle M.; Fernandez, Margarita
>> **Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

I need about 10 minutes before our call - sorry.

*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone: 916-325-4589
Fax: 916-444-8989

**Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.**

**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Tuesday, July 15, 2008 4:32 PM
**To:** Marcia L. Augsburger; Leslie Murphy
**Cc:** Colich, Donielle M.; Fernandez, Margarita
**Subject:** Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

<<Untitled.PDF>>

Marcia and Leslie:

Attached are Mutual's supplemental responses to the first set of document requests. As I stated in a previous e-mail, this response incorporates an additional document production we will be making this week.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod    Page 5 of 5

Exhibit D

Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod                                    Page 1 of 6

## Leslie Murphy

| | |
|---|---|
| **From:** | Marcia L. Augsburger |
| **Sent:** | Tuesday, July 22, 2008 4:55 PM |
| **To:** | 'Wall, Travis R.' |
| **Cc:** | Leslie Murphy |
| **Subject:** | FW: Alta Bates |

You did not respond to my last e-mail, below. Questions:

Re 37: Are you willing to produce any documents showing a change of ownership interest from Mutual to United or vice versa - 2004-present?

Re case management files: We still don't understand what you have produced and what you have not and your statements are inconsistent. What we are requesting is case management files on Alta Bates employees for whom claims were made to United/Mutual. We will limit the time period to 2005 and 2006. We need to know whether the ▮▮▮▮ case was handled differently from other cases involving Alta Bates employees. That goes to the issue of United/Mutual's interpretation of the contract and to whether United/Mutual breached the implied covenant of good faith and fair dealing contained therein. Are you continuing to refuse to produce case management files on Alta Bates employees that United/Mutual maintained in 2005 and 2006 and if so, why? If your answer is that such a production would be too burdensome, please tell me what the burden would be.

Please call me if your answers to the above are anything other than an agreement to produce so that I can try to better understand your position. If we can resolve these two issues, no supplemental letter to the Court will be necessary. We obtained the Articles of Incorporation from public records (making your objections all the more surprising).

*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone: 916-325-4589
Fax: 916-444-8989

**Confidentiality Notice:** This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.

**From:** Marcia L. Augsburger
**Sent:** Friday, July 18, 2008 5:17 PM
**To:** 'Wall, Travis R.'
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

8/11/2008

Re 37: That sounds hypertechnical to me. We will limit our request to documents regarding a change of ownership interest from Mutual to United or vice versa - 2004-present.

Re case management files: I still don't understand what you have produced and what you have not. What we are requesting is case management files on Alta Bates Employees for whom claims were made to United/Mutual. We will limit the time period to 2005 and 2006. We have explained the relevance multiple times. What is the volume / harm of producing them subject to the protective order?

**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Friday, July 18, 2008 11:01 AM
**To:** Marcia L. Augsburger
**Cc:** Leslie Murphy; Tina Gravel; Kiel, Linda
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

Marcia:

I was talking about United not Mutual with respect to No. 37. Mutual of Omaha is a mutual insurance company, meaning that it is owned by its policyholders. Thus, every time a policy is sold or cancelled, there technically is a change of ownership. Mutual will not provide a response to that request.

On 51, defendants will supplement their responses to confirm that all SLQ's for stop loss policies were the same for policy years 2005 and 2006. Prior to that United used a different form, as you are aware.

On 52, defendants will supplement to state that there have been no denials since 2003.

You misrepresented my statements concerning the case management files and what defendants have produced. I told you that defendants have produced all BRMS files. Thus, if a department or person maintained a file specific to BRMS, we produced it. We have not agreed to produce every document in defendants' files that may have come from BRMS, which would be an impossible task. We have not agreed to produce the case management files since they are not relevant to any issue in dispute. If your clients can make a showing that files involving a particular patient are potentially relevant to an issue in dispute, we will consider the production of documents related to that person. But we will not agree to a wholesale production of all case management files.

As for the motion for summary judgment, I am not aware of a meet and confer requirement for such motions. If there is, we will certainly talk. The deadline for filing is not until mid August.

Travis


**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.**

8/11/2008

**From:** Marcia L. Augsburger [mailto:maugsburger@mhalaw.com]
**Sent:** Thursday, July 17, 2008 6:41 PM
**To:** Wall, Travis R.
**Cc:** Leslie Murphy; Tina Gravel
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

I'm confused. I was looking at Mutual's responses, and the response to 37 only stated objections - nothing more. You said you believe Mutual would supplement the response to state that there are no responsive documents. Please advise asap.

Re 38: This one is fine because the response states that there are no responsive documents.

Re 51: If true, Mutual will supplement to state that the language regarding disclosures and denials contained within the policies requested is identical to the language in the 2006 ABSMC policy. Please advise asap.

Re 52: If true, Mutual will supplement to state that there were no denials since 2003. Please advise asap.

That leaves only 35-38 (articles, bilaws, etc.) and 47-50 (P&Ls). You made it clear that Mutual will not produce responsive documents absent a court order, because Mutual does not believe responsive documents are relevant.

You also noted that that Mutual/United have not produced case management files on all ABSMC employees for whom claims were made, but instead only produced documents Mutual/United received from BRMS. You contend case management files are not relevant. We agreed we would supplement our pending letter to the Court to address this issue.

You confirmed that Mutual/United will not stipulate to permit us to amend the complaint. We will work on a motion to amend.

Finally, in response to a question from me, you indicated that you intend to file a motion for summary judgment relating to Mutual's liability. However, you have not provided me with any details and we have not met and conferred about any such motion.

Thank you.

*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone: 916-325-4589
Fax: 916-444-8989

**Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.**

Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod                                      Page 4 of 6

**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Thursday, July 17, 2008 1:55 PM
**To:** Marcia L. Augsburger; Leslie Murphy
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

Marcia:

I reviewed our copy of United's intial responses. United provides a response to Req. No. 37. I think you were looking at the Mutual response. Mutual did not provide a response to that request. I don't know the answer as to Mutual or whether my client will provide any supplemental response. However, it is my understanding that it is a mutual insurance company, which technically are owned by their policyholders.

Travis

> **From:** Marcia L. Augsburger [mailto:maugsburger@mhalaw.com]
> **Sent:** Thursday, July 17, 2008 1:16 PM
> **To:** Wall, Travis R.
> **Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod
>
> Ok - Please call us when you return -- 916-325-4589
>
>
> *Marcia L. Augsburger, Esq.*
> McDonough Holland & Allen PC
> 555 Capitol Mall
> Sacramento, CA 95814
> Phone: 916-325-4589
> Fax: 916-444-8989
>
> **Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.**
>
>
>
> **From:** Wall, Travis R. [mailto:twall@barwol.com]
> **Sent:** Thursday, July 17, 2008 1:13 PM
> **To:** Marcia L. Augsburger; Leslie Murphy
> **Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod
>
> I am stepping away from my desk for a few minutes. I will be ready by 1:15.
>
> Travis
>
> > **From:** Marcia L. Augsburger [mailto:maugsburger@mhalaw.com]
> > **Sent:** Thursday, July 17, 2008 1:01 PM

8/11/2008

**To:** Wall, Travis R.; Leslie Murphy
**Cc:** Colich, Donielle M.; Fernandez, Margarita
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

I need about 10 minutes before our call - sorry.


*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone: 916-325-4589
Fax: 916-444-8989

**Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.**


**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Tuesday, July 15, 2008 4:32 PM
**To:** Marcia L. Augsburger; Leslie Murphy
**Cc:** Colich, Donielle M.; Fernandez, Margarita
**Subject:** Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod


<<Untitled.PDF>>

Marcia and Leslie:

Attached are Mutual's supplemental responses to the first set of document requests. As I stated in a previous e-mail, this response incorporates an additional document production we will be making this week.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended

recipient.  If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.  Thank you.

Exhibit E

Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod                    Page 1 of 6

## Leslie Murphy

| | |
|---|---|
| **From:** | Marcia L. Augsburger |
| **Sent:** | Tuesday, July 22, 2008 5:28 PM |
| **To:** | 'Wall, Travis R.' |
| **Cc:** | Leslie Murphy |
| **Subject:** | FW: Alta Bates |

Just to reiterate what we discussed today:

1. With regard to number 1 below, please let me know whether United purchased or otherwise acquired a line of business from Mutual, or vice versa, over the last 4 years.

2. Re case management files: I offered you another reason we want them, namely, that we believe they will reflect on United/Mutual's relationship with BRMS. Let me just add the following as another attempt to explain why we contend these documents may provide information about United/Mutual's interpretation of the contract and to whether United/Mutual breached the implied covenant of good faith and fair dealing contained therein: United/Mutual may have case management notes on people who were not disclosed before the policy was issued and if so, the notes may be informative about how those cases were handled and whether the J████ case was handled similarly or in a comparatively arbitrary manner; the case management notes from 2005 may reveal what United/Mutual knew about BRMS's ability to identify diagnoses and tell us more about the relationship between United/Mutual and BRMS.

I look forward to hearing from you tomorrow.

*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone: 916-325-4589
Fax: 916-444-8989

**Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.**

**From:** Marcia L. Augsburger
**Sent:** Tuesday, July 22, 2008 4:55 PM
**To:** 'Wall, Travis R.'
**Cc:** Leslie Murphy
**Subject:** FW: Alta Bates

You did not respond to my last e-mail, below. Questions:

Re 37: Are you willing to produce any documents showing a change of ownership interest from Mutual to United or vice versa - 2004-present?

8/11/2008

Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod                                Page 2 of 6

Re case management files: We still don't understand what you have produced and what you have not and your statements are inconsistent. What we are requesting is case management files on Alta Bates employees for whom claims were made to United/Mutual. We will limit the time period to 2005 and 2006. We need to know whether the J̶█████ case was handled differently from other cases involving Alta Bates employees. That goes to the issue of United/Mutual's interpretation of the contract and to whether United/Mutual breached the implied covenant of good faith and fair dealing contained therein. Are you continuing to refuse to produce case management files on Alta Bates employees that United/Mutual maintained in 2005 and 2006 and if so, why? If your answer is that such a production would be too burdensome, please tell me what the burden would be.

Please call me if your answers to the above are anything other than an agreement to produce so that I can try to better understand your position. If we can resolve these two issues, no supplemental letter to the Court will be necessary. We obtained the Articles of Incorporation from public records (making your objections all the more surprising).

*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone: 916-325-4589
Fax: 916-444-8989

**Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.**

**From:** Marcia L. Augsburger
**Sent:** Friday, July 18, 2008 5:17 PM
**To:** 'Wall, Travis R.'
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

Re 37: That sounds hypertechnical to me. We will limit our request to documents regarding a change of ownership interest from Mutual to United or vice versa - 2004-present.

Re case management files: I still don't understand what you have produced and what you have not. What we are requesting is case management files on Alta Bates Employees for whom claims were made to United/Mutual. We will limit the time period to 2005 and 2006. We have explained the relevance multiple times. What is the volume / harm of producing them subject to the protective order?

**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Friday, July 18, 2008 11:01 AM
**To:** Marcia L. Augsburger
**Cc:** Leslie Murphy; Tina Gravel; Kiel, Linda
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

Marcia:

8/11/2008

I was talking about United not Mutual with respect to No. 37. Mutual of Omaha is a mutual insurance company, meaning that it is owned by its policyholders. Thus, every time a policy is sold or cancelled, there technically is a change of ownership. Mutual will not provide a response to that request.

On 51, defendants will supplement their responses to confirm that all SLQ's for stop loss policies were the same for policy years 2005 and 2006. Prior to that United used a different form, as you are aware.

On 52, defendants will supplement to state that there have been no denials since 2003.

You misrepresented my statements concerning the case management files and what defendants have produced. I told you that defendants have produced all BRMS files. Thus, if a department or person maintained a file specific to BRMS, we produced it. We have not agreed to produce every document in defendants' files that may have come from BRMS, which would be an impossible task. We have not agreed to produce the case management files since they are not relevant to any issue in dispute. If your clients can make a showing that files involving a particular patient are potentially relevant to an issue in dispute, we will consider the production of documents related to that person. But we will not agree to a wholesale production of all case management files.

As for the motion for summary judgment, I am not aware of a meet and confer requirement for such motions. If there is, we will certainly talk. The deadline for filing is not until mid August.

Travis


**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.**

**From:** Marcia L. Augsburger [mailto:maugsburger@mhalaw.com]
**Sent:** Thursday, July 17, 2008 6:41 PM
**To:** Wall, Travis R.
**Cc:** Leslie Murphy; Tina Gravel
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

I'm confused. I was looking at Mutual's responses, and the response to 37 only stated objections - nothing more. You said you believe Mutual would supplement the response to state that there are no responsive documents. Please advise asap.

Re 38: This one is fine because the response states that there are no responsive documents.

Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod                                    Page 4 of 6

Re 51:  If true, Mutual will supplement to state that the language regarding disclosures and denials contained within the policies requested is identical to the language in the 2006 ABSMC policy.  Please advise asap.

Re 52:  If true, Mutual will supplement to state that there were no denials since 2003.  Please advise asap.

That leaves only 35-38 (articles, bilaws, etc.) and 47-50 (P&Ls).  You made it clear that Mutual will not produce responsive documents absent a court order, because Mutual does not believe responsive documents are relevant.

You also noted that that Mutual/United have not produced case management files on all ABSMC employees for whom claims were made, but instead only produced documents Mutual/United received from BRMS.  You contend case management files are not relevant.  We agreed we would supplement our pending letter to the Court to address this issue.

You confirmed that Mutual/United will not stipulate to permit us to amend the complaint.  We will work on a motion to amend.

Finally, in response to a question from me, you indicated that you intend to file a motion for summary judgment relating to Mutual's liability.  However, you have not provided me with any details and we have not met and conferred about any such motion.

Thank you.

*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone:  916-325-4589
Fax:  916-444-8989

**Confidentiality Notice:  This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication.  If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900.  Thank you.**

**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Thursday, July 17, 2008 1:55 PM
**To:** Marcia L. Augsburger; Leslie Murphy
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

Marcia:

I reviewed our copy of United's intial responses.  United provides a response to Req. No. 37.  I think you were looking at the Mutual response.  Mutual did not provide a response to that request.  I don't know the answer as to Mutual or whether my client will provide any supplemental response.  However, it is my understanding that it is a mutual insurance company, which technically are owned by their policyholders.

Travis

**From:** Marcia L. Augsburger [mailto:maugsburger@mhalaw.com]
**Sent:** Thursday, July 17, 2008 1:16 PM
**To:** Wall, Travis R.
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

Ok - Please call us when you return -- 916-325-4589


*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone: 916-325-4589
Fax: 916-444-8989

**Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.**


**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Thursday, July 17, 2008 1:13 PM
**To:** Marcia L. Augsburger; Leslie Murphy
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

I am stepping away from my desk for a few minutes. I will be ready by 1:15.

Travis

**From:** Marcia L. Augsburger [mailto:maugsburger@mhalaw.com]
**Sent:** Thursday, July 17, 2008 1:01 PM
**To:** Wall, Travis R.; Leslie Murphy
**Cc:** Colich, Donielle M.; Fernandez, Margarita
**Subject:** RE: Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod

I need about 10 minutes before our call - sorry.


*Marcia L. Augsburger, Esq.*
McDonough Holland & Allen PC
555 Capitol Mall
Sacramento, CA 95814
Phone: 916-325-4589
Fax: 916-444-8989

Confidentiality Notice: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please contact our IT Department by email at helpdesk@mhalaw.com, or by telephone at (916) 444-3900. Thank you.

**From:** Wall, Travis R. [mailto:twall@barwol.com]
**Sent:** Tuesday, July 15, 2008 4:32 PM
**To:** Marcia L. Augsburger; Leslie Murphy
**Cc:** Colich, Donielle M.; Fernandez, Margarita
**Subject:** Alta Bates -- Def's Supp Resp to Pltf's 1st req for prod


<<Untitled.PDF>>

Marcia and Leslie:

Attached are Mutual's supplemental responses to the first set of document requests. As I stated in a previous e-mail, this response incorporates an additional document production we will be making this week.

Travis

**Travis R. Wall**
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email: twall@barwol.com

The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

Exhibit F

**Leslie Murphy**

| | |
|---|---|
| **From:** | Wall, Travis R. [twall@barwol.com] |
| **Sent:** | Thursday, July 24, 2008 9:19 PM |
| **To:** | Marcia L. Augsburger; Leslie Murphy |
| **Subject:** | Alta Bates -- case mangement documents |

My client's position has not changed.  We will produce specific case mangement files if you can demonstrate that they are potentially relevant to any issue in dispute.  However, they will not agree to a wholesale prodcuction of all case mangement files.

Travis R. Wall
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Tel. (415) 743-3738 (direct)
Tel. (415) 434-2800 (main operator)
Fax. (415) 434-2533
email:  twall@barwol.com

**The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above.  Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient.  If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal.  Thank you.**

Exhibit G

CONFIDENTIAL



Betty Coyle/Mutual/OMA          To   Joyce Mumm/Mutual/OMA
08/23/2005 01:59 PM          cc
                              bcc
Subject   Re: Alta Bates

Joyce, don't you also need info on ▆▆▆▆▆▆ (he was #12 on the "STR" Case Management report) and preemie ▆▆▆▆▆▆▆▆▆ (#15)?

Betty Coyle Roberts
Underwriting Consultant
Stop Loss Underwriting
Phone (402) 351-5815
Fax (402) 351-5976

Joyce Mumm/Mutual/OMA

Joyce Mumm/Mutual/OMA
08/23/2005 01:12 PM          To   MarkL@bmsonline.com
                              cc   MattS@bmsonline.com, Betty Coyle/Mutual/OMA@Mutual of Omaha, Peggy McColley/Mutual/OMA@Mutual of Omaha
                              Subject   Alta Bates

Mark,
Please send case management notes with dx(s) dates, tx hx, tx plan, and claims paid to date for the following claimants. Please include relevant information such as whether the PPO or a negotiated rate/contract will be pursued for the transplants.



Joyce Mumm, Care Services Coordinator
Stop Loss Medical Management
direct: (402) 351-8046
fax: (402) 351-1974



DEPOSITION
EXHIBIT
68
Swank          6-25-08

UNITED-3524

CONFIDENTIAL                                    **REDACTED**

## "STR" CASE MANAGEMENT

August 17, 2005

Attention:

1. ██████ ; Liver & Kidney Disease. Patient expired on 6/7/05

2. ██████ (Twins girls born on 1/31/05 at 26 5/7 weeks) ██████ & ██████ are still being followed and are in case management.

3. ██████ ; Nasopharyngeal CA. Patient is receiving chemo and radiation for disease as of July 05, remains in active case management

4. ██████ ; Surgical management of unilateral craniosynostosis w/new onset of papilledema, remains in active case management.

5. ██████ ; Uterine leiomyoma, & Breast cancer, patient remains in active case management.

6. ██████ ; HIV, patient remains in active case management.

7. ██████ ; Squamous cell carcinoma left tonsil, remains in active case management.

8. ██████ ; Lung CA, remains active case management.

9. ██████ ; Multiple Myeloma, remains active case management.

10. ██████ ; Lung CA, remains in active case management.

11. ██████ ; Ovarian CA, remains in active case management

12. ██████ ; History of Renal failure and emphysema, not currently being managed.

13. ██████ ; Breast CA, remains in active case management.

14. ██████ ; Metastatic Disease, remains in active case management.

15. ██████ (Premature baby- ██████ remains in active case management

16. ██████ ; End Stage Renal Disease, on transplant list. Remains in active case management. *

17. ██████ ; (Premature baby- ██████ ), remains active case management.

18. ██████ ; Spinal tumor resection in July 05, remains in active case management.

19. ██████ ; Recto sigmoid CA-Chemo started in July 05, remains in active case management.

20. ██████ ; Chronic renal failure, is on dialysis. Patient has not been placed on a transplant list as of this date. Remains in active case management. *

21. ██████ ; Chronic Hepatitis C, genotype 1a. Stage III liver disease, place on transplant list at CPMC on 8/12/05. *

*Patient is on transplant list or may be placed on transplant list in the future.

UNITED-3532

Case 3:07-cv-04224-JSW    Document 46-2    Filed 08/11/2008    Page 39 of 39

CONFIDENTIAL

REDACTED

UNITED-3533