1 | MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
2 | McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
3 | 555 Capitol Mall, 9th Floor
Sacramento, CA  95814
4 | Phone: 916.444.3900
Fax:    916.444.8989
5
Attorneys for Plaintiff
6 | Alta Bates Summit Medical Center

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | ALTA BATES SUMMIT MEDICAL        )
CENTER,                          )    CASE NO.  C 07 4224 JSW
12 |                                  )
Plaintiff,         )    **STIPULATION AND MOTION FOR**
13 |    v.                            )    **ADMINISTRATIVE RELIEF (RE REMOVING**
                                   )    **AND REPLACING, OR, IN THE**
14 | UNITED OF OMAHA LIFE INSURANCE )    **ALTERNATIVE REDACTING OR SEALING,**
COMPANY; MUTUAL OF OMAHA LIFE )    **DOCUMENTS CONTAINED WITHIN THE**
15 | INSURANCE COMPANY, et al.,       )    **COURT FILE)**
                                   )
16 |              Defendants.        )
                                   )
17 |

18 |          Plaintiff Alta Bates Summit Medical Center ("Plaintiff" or "ABSMC") hereby submits this

19 | Stipulation and Motion for Administrative Relief, pursuant to Civil Local Rule 7-11, pursuant to

20 | which all parties request an order that: (1)  Page 10 of the Motion for Leave to File Second Amended

21 | Complaint ("Motion to Amend") be removed and replaced with a redacted version of the page, or, in

22 | the alternative, that the Motion to Amend be sealed; and that (2)  the document attached as Exhibit C

23 | to the Declaration of Marcia L. Augsburger in Support of Motion for Leave to File Second Amended

24 | Complaint ("Augsburger Dec.") contained within this Court's file in the above-captioned matter be

25 | removed and replaced with a redacted document, or, in the alternative, sealed.  Redacted versions of

26 | Page 10 of the Motion to Amend and Exhibit C to Augsburger Dec. are attached to the

27 | accompanying Stipulation And [Proposed] Order Thereon For Administrative Relief.

28 |          Counsel for Defendants United of Omaha Life Insurance Company and Mutual of Omaha

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

Plaintiff's Motion for Administrative Relief for Removing or Replacing a Filed Document        1129453v1 33802/0004

1  Life Insurance Company (collectively "Defendants" or "Mutual") stipulate to the requested order.

2  This application is made on the following grounds:

3        1.      On August 12, 2008, ABSMC filed the Motion to Amend the above-captioned matter.

4  There is individually identifiable patient information contained on page 10 of Plaintiff's Motion to

5  Amend.  On page 10, a patient name was inadvertently included in the text of the motion and

6  includes health information that may be protected under 45 C.F.R sections 164.502 (HIPAA) and/or

7  state law, including California Civil Code sections 56 through 56.37.  Plaintiff wishes to ensure full

8  redaction and to avoid any appearance of impropriety.

9        2.      A redacted version of page 10 is attached hereto as Exhibit 1.

10        3.      Accompanying the Motion to Compel was the Augsburger Dec., which includes

11  emails and other documentation, attached as Exhibit C (the "E-mail").  Despite Plaintiff's efforts to

12  redact identifiable patient information, the exhibit discloses the names and medical diagnoses of

13  individuals.  The health information disclosed may be protected under 45 C.F.R sections 164.502

14  (HIPAA) and/or state law, including California Civil Code sections 56 through 56.37.   Plaintiff

15  wishes to ensure full redaction and to avoid any appearance of impropriety.

16        4.      A proper redacted version of Exhibit C is attached hereto as Exhibit 2.

17        FOR THE FOREGOING REASONS, the parties respectfully request:

18        (1) that the Court

19        (a) replace page 10 of the Motion to Amend with the redacted version hereto as

20  Exhibit 1 and destroy the original;

21        (b) redact the original page 10 of the Motion to Amend in the manner shown on

22  Exhibit 1 attached hereto; or

23        (c) seal the Motion to Amend and its accompanying declarations, and maintain its

24  confidentiality; and

25        (2) that the Court

26        (a) replace the Exhibit C to Augsburger Dec. with the redacted version hereto as

27  Exhibit 2 and destroy the original; or

28        (b) redact the original Exhibit C in the manner shown on Exhibit 2 attached hereto; or

1              (c) seal the Motion to Amend and its accompanying declarations, and maintain its

2    confidentiality.

3          **IT IS SO STIPULATED.**

4    Dated: September ___/ /___, 2008      McDONOUGH, HOLLAND & ALLEN PC
                                                                                Attorneys at Law

5

6                                                                       By: _____

7                                                                      MARCIA L. AUGSBURGER

8                                                  Attorneys for Plaintiff Alta Bates Medical Center

9

10   Dated: September ___/ 0___, 2008      BARGER & WOLEN, LLP

11

12                                                                      By: _____

13                                                                     TRAVIS R. WALL

14                                                 Attorneys for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

Plaintiff's Motion for Administrative Relief for Removing or Replacing a Filed Document    1129453v1 33802/0004