1 MARCIA L. AUGSBURGER (SBN 145686)
  LESLIE C. MURPHY (SBN 227454)
2 McDONOUGH HOLLAND & ALLEN PC
  Attorneys at Law
3 555 Capitol Mall, 9th Floor
  Sacramento, CA 95814
4 Phone: 916.444.3900
  Fax:   916.444.8989
5
  Attorneys for Plaintiff
6 Alta Bates Summit Medical Center

7

8                   IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ALTA BATES SUMMIT MEDICAL          )   Case No.  C 07-4224 JSW
   CENTER,                            )
12                                    )   STIPULATION AND [PROPOSED] ORDER
                         Plaintiff,   )   THEREON FOR ADMINISTRATIVE RELIEF
13     v.                             )   (RE REMOVING AND REPLACING, OR, IN
                                      )   THE ALTERNATIVE REDACTING OR
14 UNITED OF OMAHA LIFE INSURANCE     )   SEALING, DOCUMENTS CONTAINED
   COMPANY; MUTUAL OF OMAHA LIFE      )   WITHIN THE COURT FILE)
15 INSURANCE COMPANY, et al.,         )
                                      )
16                       Defendants.  )
                                      )

17

18 The parties hereby stipulate to an order for Administrative Relief to effect a replacement of page 10
   of Plaintiff's Points and Authorities in Support of its Motion to Amend on file herein with the
19 redacted version attached as Exhibit 1 hereto; and the replacement of Exhibit C to the Declaration of
   Marcia L. Augsburger in Support of Motion for Leave to File Second Amended Complaint
20 ("Augsburger Dec.") with the redacted version attached as Exhibit 2 hereto. In the alternative, the
   parties stipulate to an order sealing the Motion to Amend and the accompanying declarations.

21 ///

22 ///

23 ///

24 ///

**IT IS SO STIPULATED.**
25
   Dated: September ___11___, 2008    McDONOUGH, HOLLAND & ALLEN PC
26                                    Attorneys at Law

27

28                                    By: _____/s/ Murphy for_____
                                              MARCIA L. AUGSBURGER

MHA
McDonough Holland & Allen PC
Attorneys at Law

                                      1

[Proposed] Order                                              1129809v1 33802/0004

Attorneys for Plaintiff Alta Bates Medical Center

Dated: September 10, 2008      BARGER & WOLEN, LLP

By: /s/ Travis R. Wall
TRAVIS R. WALL

Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED**, pursuant to Local Rule 7-11, in the interests of justice, the Clerk of this Court is hereby ordered to undertake to:
___ Replace page 10 of the Motion to Amend with the redacted version attached hereto and destroy the original unredacted document;
___ Replace Exhibit C to Augsburger Dec. with the redacted version attached hereto; and destroy the original unredacted document; or
___ Seal the Motion to Amend and the accompanying declarations, and maintain their confidentiality.
IT IS SO ORDERED.

Dated:_____        _____
                                     JUDGE OF THE UNITED STATES DISTRICT
                                     COURT, NORTHERN DISTRICT OF
                                     CALIFORNIA

MHA
McDonough Holland & Allen PC
Attorneys at Law

[Proposed] Order                   2                    1129809v1 33802/0004