# Exhibit 1

Case 3:07-cv-04224-JSW   Document 83-2   Filed 09/11/2008   Page 1 of 15

not know about this individual's condition(s) then the claim needs to be pended while the claim analyst gathers all the necessary documentation to review the issue further." MLA Dec. Ex. P (Dep. Ex. 46, p. 6). Defendants also ignored their own directive to "refer the claim to the claim supervisor for a final decision regarding the handling of a claim that was not disclosed and should have been disclosed." *Id.* Ms. Tarkowski, Defendants' person most knowledgeable about stop loss claim denials, testified that **neither claims examiners or Defendants' auditors have the authority to deny claims based on a failure to disclosure without approval from a supervisor.** MLA Dec. Ex. K (Tarkowski Dep. 10:16-20 [claims examiners]; 15:21-16:3 [auditors].) As the supervisor, Ms. Tarkowski should have been involved in the initial denial of ███ J███ claim, but she was not. *Id*, 60:14-18; 67:3-19. Ms. Tarkowski did not even become aware of the D███ J███ claims until after the initial appeal was received by MOO. *Id.* 60:10-13.

Similarly, Defendants ignored their own procedures on appeal. *See, e.g.,* MLA Dec. Ex. A (Depo. Ex. 118). The MOO/UOO Stoploss Department Claims Manual states that the "original claims analyst" who process the initial claims will review the appeal. *Id.* However, in this case no claims analyst reviewed the appeal. MLA Dec. Ex. K (Tarkowski Dep., 130:7-23.)

Additional evidence shows that Defendants did not follow their own procedures because they had no intention of paying the claims. Newly discovered evidence shows that Defendants had been "setting up" BRMS for a fall and denied the claim for nefarious reasons:

- While Defendants had experienced gains from ABSMC's business in the range of $228,647 to $574,896 annually in 2003, 2004, and 2005, they were losing $1,803,987 for 2006 before payment of DJ's claims – for a total loss over all years of $535,579. MLA Dec. Ex. Q (Depo. Ex. 110.

- In 2004, 2005 and 2006, particularly during the underwriting process, Defendants had expressed more frustration than concern about BRMS's practices with regard to disclosing cases involving serious injury or illness, but never advised their insured, ABSMC about the problems. *See, e.g.,* MLA Dec. Ex. R (Depo. Exs. 57 [Audit report of 2004], 60 [letter to BRMS regarding 2004 audit], 63 [MOO 2005 audit report complaining that BRMS did not identify "trigger diagnoses"], 15 [letter to BRMS regarding 2005 audit]. *See also* MLA Dec.

# Exhibit 2

# Exhibit C

CONFIDENTIAL



"Mark Lucas"
<MarkL_@bmrisonline.com>
02/10/2006 10:38 AM

To: "Patricia Swank (E-mail)"
<Patricia.Swank@mutualofomaha.com>
cc
bcc
Subject: FW: Pls QC...3 down (to include ▓▓▓)...3 more to go... ▓▓, ▓▓▓ and ▓▓ left...I'm done for the day

-----Original Message-----
From: Jeanette Davidson
Sent: Wednesday, February 08, 2006 2:51 PM
To: Mark Lucas
Subject: Pls QC...3 down (to include ▓▓▓)...3 more to go... ▓▓, ▓▓▓ and ▓▓ left...I'm done for the day

D▓▓ J▓▓ - ESRD - 55 y/o African-American female with a history of end-stage renal disease with AV fistula placement on Sept. 1 who initially presented to the ER with complaints of dyspnea on 25 Jan 2006. Patient was admitted to the ICU and was found to be severely anemic with an admission hemoglobin and hematocrit of 4.5 and 13.5. Patient received significant blood transfusions with improvement in her respiratory status. Mild suggestion of a respiratory tract infection treated with oral Levaquin. Patient's x-ray and clinical findings were suggestive of pulmonary edema secondary to congestive heart failure likely associated with significant anemia as well as renal failure. Patient had a temporary dialysis access placed with hemodialysis. Patient was transferred to ▓▓▓▓▓▓ Hospital, placed on a split-stream catheter and initiated dialysis. Hemoglobin and hematocrit 10/30.2. Patient was dc'd 31 Jan 2006. Patient had AV port in place on 1 Feb 2006 to cont. with dialysis.

No indications of transplant workup.
*********************************************************************
***************************************

▓▓▓▓▓ still in-house; making progress.

▓▓▓▓▓
NICU progress note from 7 Feb 2006:

Interim events: Patient did well overnight, respiratory status seemed to improve after addition of diuretic,- Weight: 1820 grams (4 lbs, 0 oz) no change

EXAM: AF soft, sutures normal, alert, active child with good tone.
RESPIRATORY: clear to auscultation bilaterally
CARDIAC: regular rate and rhythm, no murmur, pulses normal
ABDOMEN: distended but soft, non-tender, no organomegaly

DEPOSITION EXHIBIT 79 Swank

CONFIDENTIAL

Mutual of Omaha
Large Claim Review 2005
Underwriter: B Coyle/jm

| Date | Employer Group Effective Date Specific Ded. | TPA | Claimant | Diagnosis Claims Paid 1/05 to 7/05 | Estimated Risk for the Plan Year (Bottom Up) |
|---|---|---|---|---|---|
| 08/11/2005 | Alta Bates Summit Medical Center   takeover: 15/12 effective date: 1/1/05  stop loss level: $250,000 | BRMS   addl 9/7/05. addl 9/15/05 addl 11/21/05 | | lumbar disc degen surg 3/05, PT 3/05-6/05; esophageal ulcer, bx - no malignanc, currently receiving epidural inj. $270,462 | no expected stop loss |
| 08/23/2005 | Renewal | addl 9/7/05   addl 9/15/05. addl 11/21/05 | | T1 N2B squamous cell carcinoma L tonsil, s/p chemo; DM, 11/05 scan to r/o recurrence of ca. $161,150 | no expected stop loss |
| 09/07/2005 | | | | lipidoses | termed 9/1/04 |
| 09/15/2005 | | addl 9/15/05 addl 9/21/05 addl 11/21/05 | | inpt 5/12 - 6/6/05 alcoholic cirrhosis of liver, hepatorenal syndrome $305,319 | expired 6/6/05 |
| 09/21/2005 | | addl 9/7/05 addl 11/21/05 | | preterm infant inpt 3/14-5/3/05, well baby check 5/05 $185,936 ptd | no expected stop loss |
| 10/03/2005 | | addl 9/15/05 addl 9/21/05 addl 11/21/05 | | nasopharyngeal ca w/bone mets, chemo/rads $99,129 | no expected stop loss |
| 10/04/2005 | | addl 9/15/05 addl 10/17/05 addl 11/21/05 | | craniosynostosis, sx mgmt w/new onset papilladema,potential extensive cranial remodeling in future $101,371 | no expected stop loss |
| 10/05/2005 | | addl 9/15/05 addl 9/21/05 addl 11/21/05 | | breast ca, mets to lung 3/05, uterine leiomyoma $86,729 | no expected stop loss |
| 10/17/2005 | | addl 9/21/05 | | HIV $7,720 | no expected stop loss |
| 10/20/2005 | | addl 9/15/05 addl 9/21/05 addl 11/21/05 | | lung ca 3/29-4/11/05, xrt, chemo, 5/19-20/05 chemo, 6/2-10/05 n/v, 6/23-24/05 chemo, 8/22-26/05 pneumonia, 11/10/05 scans $168,331 | no expected stop loss |
| 10/26/2005 | | addl 9/7/05 addl 9/15/05 addl 9/21/05 | | multiple myeloma, malig neop bone - several inpt stays, 6/12-14/05, dcd w/hhc,ongoing $186,583 | Medicare prime as of 9/1/05 |
| 11/02/2005 | | addl 9/15/05 addl 9/21/05 addl 11/21/05 | | lung ca $165,685 | expired 7/9/05 |
| 11/21/2005 | final disclosure | addl 9/21/05 addl 11/2/05 addl 11/21/05 | | ovarian ca Stage 2 5/05, TAH 7/05, chemo started 8/05, to cont. for 6 mos to 1yr $135,578 | no expected stop loss |
| 11/22/2005 | | addl 9/7/05 addl 9/15/05 addl 11/21/05 | | renal failure, dialysis, inpt for 26 days 3/05 to bronchopulmonary fibrosis, inpt 9/05 renal failure emphysema $194,341 | project $275k w/o transplant and $350k w/transplant |

57

UNITED-3983

CONFIDENTIAL

Mutual of Omaha
Large Claim Review 2005
Underwriter: B Coyle/jm

| Date | Employer Group Effective Date  Specific Ded. | TPA | Claimant | Diagnosis     Claims Paid 1/05 to 7/05 | Estimated Risk for the Plan Year (Bottom Up) |
|---|---|---|---|---|---|
| 11/28/2005 | | addl 9/21/05 addl 11/2/05 | | breast ca 11/04, bilateral mastectomies 4/05 $70,028 | no expected stop loss |
| 11/28/2005 | | addl 9/21/05 addl 10/17/05 | | new onset multiple myeloma rt femur 5/05, rt hip hemiarthroplasty for path fx 6/05, plan rads to rt hip/femur, Velcade, admitted 10/6/05 acute TIA, still inpt as of 10/13/05, receiving rads $103,811 | project $275,000 |
| | | addl 9/21/05 addl 10/5/05 addl 11/21/05 | | ESRD/transplant list, dialysis appears to be ~$22-$40k/mo $191,589 | project $350k w/o transplant and $425k w/transplant |
| | | addl 9/7/05 addl 9/15/05 addl 11/21/05 | | preterm infant inpt 3/17-6/27/05, laser sx for ROP, bilateral inguinal hernia repair $448,428 | no expected stop loss |
| | | addl 9/7/05 addl 9/15/05 addl 11/21/05 | | preterm infant - twin mate $583,458 | expired 4/11/05 |
| | | addl 9/7/05 addl 9/15/05 addl 11/21/05 | | preterm infant - twin mate, dob 1/31/05, dod 6/3/05 $312,633 | no expected stop loss |
| | | addl 9/21/05 | | spinal tumor resn 7/05, hhs, PT $7992 pd | no expected stop loss |
| | | addl 9/15/05 addl 9/21/05 addl 11/21/05 | | recto sigmoid ca 6/05, chemo started 7/05, also taking Tamoxifen $69,464 | no expected stop loss |
| | | addl 9/21/05 addl 10/20/05 addl 11/21/05 | | CRF, dialysis started 8/05, to discuss poss transplant in future w/MD, eval on 9/29/05 $14,089 | project $275,000 w/o transplant and $350,000 w/transplant |
| | | addl 9/21/05 addl 10/4/05 | | Chronic Hepatitis C - liver transplant list -CPMC, renal insufficiency, to be seen by nephrologist for possible listing for 2 organs, case rate $92k, if total bill under $210k, then pd at case rate of $92k. If bill is over $210k, pd at 60%. Prof. services $23.5k, if over $46k, pd @ 60%. $1245 | no expected stop loss |
| | | new 9/21/05 addl 10/3/05 | | dob 8/23/05 @ 33wks, inpt 8/23-9/2/05, dod home | no expected stop loss |
| | | new 9/21/05 | | dob 8/23/05 @ 33wks, inpt 8/23-9/2/05, dod home | no expected stop loss |
| | | new 10/3/05 | | inpt 8/23-27/05 csxn - twins-pre-term, both babies dod 9/2/05 $70,351 | no expected stop loss |

53

UNITED-3984

CONFIDENTIAL

Mutual of Omaha
Large Claim Review 2005
Underwriter: S Coyle/m

| Date | Employer Group Effective Date  Specific Ded. | TPA | Claimant | Diagnosis   Claims Paid 1/05 to 7/05 | Estimated Risk for the Plan Year (Bottom Up) |
|---|---|---|---|---|---|
| | | new 10/17/05 addl 11/21/05 | | 10/4-11/05, chr leukemia, parietal lesion consistent w/meningioma, stereotactic crani done w/partial rsxn $51,842 | no expected stop loss |
| | | new 10/17/05 | | 9/26-10/3/05 CHF, COPD, dcd w/o hhc | no expected stop loss |
| | | new 10/17/05 | | s/p vag hyster 9/13/05, 9/19-10/7/05 anterior abd wall hematoma, dcd w/hhc | no expected stop loss |
| | | new 10/17/05 | | s/p gastric bypass, 3 inpt stays since sx, pneumonia 9/27-10/3/05 | no expected stop loss |
| | | new 10/28/2005 addl 11/21/05 | | prostate ca w/mets $27,094 | expired 10/25/05 |
| | | new 11/2/05 addl 11/21/05 | | mal neo uterus, ovarian ca, inpt 9/1-29/0, chemo, xrt $137,025 | no expected stop loss |
| | | new 11/21/05 | | 5/05 MI, hrt cath $120,610 | no expected stop loss |
| | | new 11/21/05 new 11/22/05 | | ESRD, dialysis started 7/05, transplant eval done 7/25/05 @ CPMC - notified 11/15/05 $62,545 | w/o transplant project $275,000, w/transplant project $350,000 |
| | | new 11/21/05 | | 1/05 kidney stones, lithotripsy 1/05,3/05 $101,488 | no expected stop loss |
| | | new 11/21/05 | | s/p radical mastectomy, 5/05 xrt, chemo $63,178 | no expected stop loss |
| | | new 11/21/05 new 11/28/05 | | 7/21-29/05 cht, bi-vent ICD, cardiac cath, 10/31-11/4/05 CHF, 11/13-present inpt, dcd 11/16/05, recurrent biventricular rt heart failure w/pneumonitis, sleep apnea, Levaquin, CPAP at home, last EF 35% $75,857 | no expected stop loss |
| | | new 11/21/05 | | 6/05 AMI, ant, PT $124,903 | no expected stop loss |
| | | new 11/21/05 | | 3/05 repair lap incisional hernia $57,473 | no expected stop loss |
| | | new 11/21/05 | | 3/05 spondylosis, sx 5/05 PT $124,794 | no expected stop loss |
| | | new 11/21/05 | | 6/05 sx on finger, PT $83,950 | no expected stop loss |
| | | new 11/21/05 | | frontal lesion, ICU, crani $84,813 | expired 4/18/05 |
| | | new 11/21/05 new 11/22/05 | | Intractable low back and bilateral leg pain, 3/05 intrathecal analgesia, cardiac pacemaker, 8/05 permanent Medtronic intrathecal pump, 10/05 bd rt humerus upon falling from bed - ORIF, $84485 | no expected stop loss |

54

UNITED-3985

CONFIDENTIAL

Mutual of Omaha
Large Claim Review 2006
Underwriter: B Coyle/jh

| Date | Employer Group Effective Date   Specific Ded. | TPA | Claimant | Diagnosis   Claims Paid 1/05 to 7/05 | Estimated Risk for the Plan Year (Bottom Up) |
|---|---|---|---|---|---|
| | | new 11/21/05 | | lumbar disc degen, fusion 2/05 - laml $119,482 | no expected stop loss |
| | | new 11/21/05 | | CHF 11/04 $87,443 | no expected stop loss |
| | | new 11/21/05 | | aortic valve stenosis, 12/04 cath; 12/05 11 day inpt stay for AV repair, rehab $117,829 | no expected stop loss |
| | | new 11/21/05 | | 2/05 cath $78,322 | no expected stop loss |
| | | new 11/21/05 | | ac pancreatitis, several inpt admits - 1/31-2/8/05, 4/9-15/05, 11/3-current $109,671 | no expected stop loss |
| | | new 11/21/05 | | 7/05 systemic inflamm dz, sepsis, ex, osteomyelitis w/6 wks IVAB, enf, PT, inpt 8/3-31/05 for persistent inf $161,021 | no expected stop loss |
| | | new 11/21/05 | | back inj at work 2004, poss third party liability $83,747 | no expected stop loss |
| | | new 11/21/05 | | motorcycle acc 6/05, poss third party liability $72,542 | no expected stop loss |
| | | new 11/21/05 new 11/28/05 | | 5/05 malignant lymphoma B cell in L ethmoid, frontal sinus, and L orbit, xrt completed 6/05, chemo (Rituxan) started 6/05 - to finish 11/05, MRI 10/05 wnl, to flw w/scans after chemo $115,x19 | no expected stop loss,...but if she does relapse and goes for transplant - she would be $300k or over |
| | | new 11/21/05 new 11/22/05 | | medial meniscus tear lt knee, sx 1/05 $65,427 | no expected stop loss |
| | | new 11/21/05 | | 3/05 severe abd pain, 14 day inpt $65,798 | no expected stop loss |
| | | new 11/21/05 | | lupus, rheumatism, inpt 6/05 $70,582 | no expected stop loss |
| | | new 11/21/05 | | 4/05 cp, ais $57,653 | no expected stop loss |
| | | new 11/21/05 | | 4/05 PE, 6/05 cath $67,556 | no expected stop loss |
| | | new 11/21/05 | | 3/05 pre-term twins, one expired 7/05 so chole, dural sinus thrombosis 7/27-8/5/05 $88,851 | no expected stop loss |

55

UNITED-3986

CONFIDENTIAL



56

UNITED-3987

CONFIDENTIAL



UNITED-3988

CONFIDENTIAL

www.brmsonline.com

UNITED-3989

CONFIDENTIAL

   Patricia Swank/MutualOMA     To   Betty Coyle/MutualOMA@Mutual of Omaha
02/15/2006 07:35 AM                cc
                                   bcc
                                   Subject   Fw: Info

Betty, I believe you wanted to see this one as well.

Patricia Swank RN, BSN
Mutual of Omaha Stop/Loss
Case Management
402-351-5258
402-351-1914 (fax)
Patricia.Swank@MutualofOmaha.com

----- Forwarded by Patricia Swank/MutualOMA on 02/15/2006 07:32 AM -----

   Patricia Swank/MutualOMA
02/13/2006 09:59 AM               To   MarkL@bmsonline.com, JeanetteD@bmsonline.com
                                  cc
                                  Subject   Info

Ok, I emailed you too ▇▇▇▇▇▇▇▇▇▇▇▇ you know where she is going for dialysis and how much the discount is? Also, on the ▇▇▇ babies (per Peggy) we need the charges to date on them - we need to see the interim bill w/the UB92's and she would like to know if you have had a physician review of the babies plan of care? Peggy would like you to hold on paying the bills on the claimants that we've received info on, until we've had a chance to see the bills, as we may want to send them for outside review. This is alot of info, and I appreciate your help!

Patricia Swank RN, BSN
Mutual of Omaha Stop/Loss
Case Management
402-351-5258
402-351-1914 (fax)
Patricia.Swank@MutualofOmaha.com



CONFIDENTIAL



| | order |
|---|---|
| 182356 | 1/6/2006 |
| 182396 | 1/19/2006 |
| 182479 | 1/19/2006 |
| 182403 | 1/10/2006 |
| 182453 | 1/17/2006 |
| 182497 | 1/18/2006 |
| 182519 | 1/11/2006 |
| 182358 | 1/18/2006 |
| 182461 | 1/19/2006 |
| 182598 | 1/19/2006 |
| 182670 | 1/21/2006 |
| 182618 | 1/19/2006 |
| 182619 | 1/20/2006 |
| 182535 | 1/1/2006 |
| 182664 | 1/31/2006 |
| 182757 | 1/25/2006 |

1/28/2006    02:04:03PM

UNITED-2471

CONFIDENTIAL

| # | Code | Description | Dept | Notes |
|---|---|---|---|---|
| 22 | 340 | m/s | PT | |
| 23 | 233.0 | ca in situ breast gla | SURG | |
| 24 | 162.9 | mal neo lung | MED | → Clavis $ |
| 25 | 644.0 | threat labor | GYN | |
| 26 | 340 | m/s | RAD | |
| 27 | 174.9 | mal neo breast | SURG | Clavis $ |
| 28 | 183.0 | mal neo ovary | CARD | Clavis $ |
| 29 | 410.01 | ami | CARD | |
| 30 | 173.7 | mal neo skin | SURG | |
| 31 | 174.9 | mal neo breast | MED | — |
| 32 | 410 | ami | MED | |
| 33 | 162.9 | mal neo lung | ONC | Clavis $ |
| 34 | 162.9 | lz | ONC | |
| 35 | 147.9 | mal neo nasopharynx | RAD | |
| 36 | 195.0 | mal neo... | RAD | |
| 37 | 585.6 | ESRD | MED | — ongoing $ |

Page: 1