# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date:** September 16, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-04224 JSW (EDL)

**Title:**     ALTA BATES SUMMIT MEDICAL CENTER v. UNITED OF OMAHA LIFE INSURANCE COMPANY

**Attorneys:**     Plaintiff: Marcia Augsburger, Leslie Murphy     Defendant: Travis Wall

**Deputy Clerk:**     Lili M. Harrell          **Court Reporter:** Sahar McVickar
                                                                          (Time: 2:08pm - 2:29pm)


**PROCEEDINGS:**                                                                  **RULINGS**:

Plaintiffs' Motion to Compel Further Responses to Requests for          Granted in part
Production of Documents



**ORDERED AFTER HEARING:**



**ORDER TO BE PREPARED BY:**  [X] Plaintiff  [ ] Defendant  [ ] Court

**Case Continued to:**

Notes:


cc: