MARCIA L. AUGSBURGER (SBN 145686)
LESLIE C. MURPHY (SBN 227454)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.8989

Attorneys for Plaintiff
Alta Bates Summit Medical Center

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA LIFE INSURANCE COMPANY, et al., <br><br> Defendants. | Case No.  C 07-4224 JSW (EDL) <br><br> [~~PROPOSED~~] ORDER COMPELLING FURTHER RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS <br><br> DATE: September 16, 2008 <br> TIME: 2:00 P.M. <br> COURTROOM: E, 15th Floor |

Plaintiff Alta Bates Summit Medical Center moved the Court to compel further responses to Requests for Production of Documents in the above-captioned matter.  The matter came on regularly for hearing at the above-captioned time and place.

Having considered all moving papers and good cause appearing,

IT IS HEREBY ORDERED as follows:

Defendants United of Omaha Life Insurance Company and Mutual of Omaha Life Insurance Company ("Defendants") are ordered to produce to Alta Bates Summit Medical Center its 2005-2006 case management files in response to Alta Bates Summit Medical Center's Requests For Production of Documents, Set One, Request Number 24.  Defendants shall produce documents in response to Request Number 24 no later than September 30, 2008.


:Donough Holland & Allen PC
Attorneys at Law

1  The "exception logs" that are also the subject of this motion were produced by Defendants to
2  Plaintiff on or about September 15 and 16, 2008, but were redacted such that no patient identifiers
3  were provided. Defendants are ordered to provide indentifying information for each patient listed on
4  the 2005-2007 "exception logs" that will enable Plaintiff to determine which claims documents and
5  case management files relate to which patient listed on the "exception logs."

Dated: September 29, 2008



_____
Magistrate Judge D. Laporte

