**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY, et al.,<br><br>        Defendants.<br>_____/ | No. 07-04224 JSW<br><br>**ORDER VACATING HEARING** |

The motion to dismiss is currently set for hearing on Friday, December 19, 2008 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for December 19, 2008 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: December 17, 2008

                                                          JEFFREY S. WHITE<br>
                                                          UNITED STATES DISTRICT JUDGE