IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTA BATES SUMMIT MEDICAL CENTER,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY, et al.,

    Defendants.

_____/

No. 07-04224 JSW

**ORDER SETTING BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**

    This matter is set for a hearing on May 1, 2009 on Defendants' motion to dismiss Plaintiff's Third Amended Complaint. The Court HEREBY ORDERS that an opposition to this motion shall be filed by no later than March 4, 2009 and a reply brief shall be filed by no later than March 11, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: February 18, 2009

                                                       JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE