MARCIA L. AUGSBURGER (SBN 145686)
MARIA E. DRYDEN (SBN 215758)
LESLIE C. MURPHY (SBN 227454)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:    916.444.8989

Attorneys for Plaintiff
Alta Bates Summit Medical Center

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER,<br><br>　　　　　Plaintiff,<br>　v.<br>UNITED OF OMAHA LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | No. C 07-4224 JSW<br><br>**STIPULATION TO FILE FOURTH AMENDED COMPLAINT**<br><br>**Hon. Jeffrey S. White** |

　　　　Pursuant to Federal Rule of Civil Procedure, Rule 15 (a)(2), plaintiff, Alta Bates Summit Medical Center ("Alta Bates") and defendants, United of Omaha Life Insurance Company and Mutual of Omaha Life Insurance through their respective counsel (collectively "Parties"), hereby stipulate as follows:

　　　　On April 28, 2009, United States District Judge, Jeffrey S. White, issued an Order Granting Defendants' Motion to Dismiss and to Strike ("Order"). Pursuant to the Order, Judge White dismissed Alta Bates' third and fourth claims for relief under the Third Amended Complaint and granted Defendants' motion to strike paragraph 63(a) from the Third Amended Complaint. Plaintiffs have noted that the Third Amended Complaint contains some errors that Plaintiff wishes to correct before trial. Defendants having reviewed the corrected allegations have agreed that they will not oppose Plaintiff's request for leave to file a Fourth Amended Complaint containing the corrections so long as Plaintiff removes paragraph 63(a) and the third and fourth causes of action from the filed

-1-

document. Plaintiff has agreed, for the sake of judicial efficiency and to ensure that complaint reflects the true facts upon which Plaintiff's claims are based. The Fourth Amended Complaint is attached hereto for filing.

This Stipulation is entered into for the limited purpose of filing an amended complaint pursuant to Rule 15(a)(2) and in no way waives or alters Alta Bates' objections to the order, appellate rights, and/or any rights to reconsideration of the Order.

This stipulation does not constitute an agreement by Defendants that any issue raised by the Fourth Amended Complaint may be tried to a jury. This Stipulation does not revive any rights to a jury trial and in no way waives or alters any objections Defendants may raise regarding Plaintiff's demand for a jury trial. Once the Court has ruled on Defendants' motion for summary judgment and to the extent any triable claims for relief remain, Defendants intend to file a motion under Federal Rule of Civil Procedure 39 seeking an order that the right to a jury trial has been waived as to all issues implicated by the Fourth Amended Complaint.

The filing of the Fourth Amended Complaint shall not result in any change to the current case management deadlines. Service thereof shall be deemed complete upon entry of the order upon this stipulation, and Defendants shall file an answer thereto within 10 court days thereafter.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 17, 2009            McDonough Holland & Allen PC

                                By: _____
                                Marcia L. Augsburger
                                Attorneys for Plaintiff
                                Alta Bates Summit Medical Center

DATED: June 17, 2009            Barger & Wolen LLP

                                By:     //ss// Travis R. Wall

                                Travis R. Wall
                                Attorneys for Defendants
                                United of Omaha Life Insurance Company and
                                Mutual of Omaha Insurance Company



-2-

1
2
3   PURSUANT TO STIPULATION, IT IS SO ORDERED.
4   DATED: 6/19/2009
5
            *Jeffrey S White*
6           Jeffrey S. White
            United States District Court Judge
7
8
...
28