```
1  MARCIA L. AUGSBURGER (SBN 145686)
   MARIA E. DRYDEN (SBN 215758)
2  LESLIE C. MURPHY (SBN 227454)
   McDONOUGH HOLLAND & ALLEN PC
3  Attorneys at Law
   555 Capitol Mall, 9th Floor
4  Sacramento, CA  95814
   Phone: 916.444.3900
5  Fax:    916.444.8989

6  Attorneys for Plaintiff
   Alta Bates Summit Medical Center
7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTA BATES SUMMIT MEDICAL CENTER, | Case No. C 07-4224 JSW |
| Plaintiff, | [PROPOSED] SCHEDULING ORDER |
| v. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY; MUTUAL OF OMAHA INSURANCE COMPANY, et al., | |
| Defendants. | |

Motion for Administrative Relief ("Motion") having been made by counsel for plaintiff, Alta Bates Summit Medical Center ("ABSMC" or "Plaintiff"), to revise the time in which Plaintiff must file its opposition to United of Omaha Life Insurance Co. and Mutual of Omaha Life Insurance Co. (collectively "Defendants") Motion for Summary Judgment or in the alternative, for Partial Summary Judgment ("Opposition") and Defendants must file their reply to the Opposition, and good cause appearing in the Motion, Declaration, and accompanying documents.

///
///
///
///

1

[Proposed] Order                                                    1209790v1 33802/0004

1  IT IS HEREBY ORDERED, pursuant to Local Rule 7-11, that the time for Plaintiff to file
2  and serve its Opposition is extended to July 21, 2009, and the time in which Defendants must file
3  their reply to the Opposition is extended to July 28, 2009.  The date for hearing the Defendants'
4  dispositive motion is continued to August 14, 2009 at 9:00 a.m.  In the future, all administrative
5  motions to continue a deadline shall be made far enough in advance to provide three days for the
   other party to respond and the Court to rule.
6  IT IS SO ORDERED.

7  DATED:  July 16, 2009

10  JUDGE JEFFREY S. WHITE



2

[Proposed] Order                                                                                    1209790v1 33802/0004