IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALTA BATES SUMMIT MEDICAL CENTER,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY, et al.,

    Defendants.

No. 07-04224 JSW

**JUDGMENT**

Pursuant to the Court's Order entered on this date granting the motion for summary judgment filed by defendants United of Omaha Life Insurance Company and Mutual of Omaha Insurance Company (collectively, "Defendants"), judgment is hereby entered in favor of Defendants and against plaintiff Alta Bates Summit Medical Center's ("Alta Bates"). Alta Bates shall take nothing by way of its Complaint.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 13, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE